Christopher Pinedo (SBN 237245)
Robert C. Hillard (*pro hac vice* forthcoming)
Bonnie Rickert (*pro hac vice* forthcoming)
Benjamin R. O'Connor (*pro hac vice* forthcoming)
Jakub Banaszak (*pro hac vice* forthcoming)
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
cpinedo@hilliard-law.com
bobh@hilliard-law.com
brickert@hilliard-law.com
boconnor@hilliard-law.com
jbanaszak@hilliard-law.com

*Attorneys for Plaintiff,*
*JANE DOE M.B., as Parent and Guardian*
*and on behalf of minor plaintiff, JANE DOE J.L.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE M.B., as Parent and Guardian and on behalf of minor plaintiff, JANE DOE J.L.,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION; and the FIRST DOE through ONE HUNDREDTH DOE, inclusive,<br><br>Defendants. | Case No:<br><br>**COMPLAINT FOR DAMAGES**<br><br>(1) Fraudulent Concealment and Misrepresentation<br>(2) Negligent Misrepresentation<br>(3) Negligence - General<br>(4) Negligence – Failure to Warn<br>(5) Negligence – Unreasonable Design<br>(6) Negligent Undertaking<br>(7) Strict Liability – Design Defect<br>(8) Strict Liability – Failure to Warn<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

1.      Plaintiff, minor child JANE DOE J.L., via her Parent and Guardian, JANE DOE M.B., brings this action for personal injuries against the above-captioned **DEFENDANTS** (hereinafter collectively referred to as "**DEFENDANTS**") to recover damages arising from the severe injuries she suffered because of Defendants' respective conduct in creating, designing, marketing, and distributing their mobile and web-based application ("apps"), and Plaintiff, therefore, now alleges as follows:

**INTRODUCTION**

2.      Plaintiff realleges and incorporates by reference all of the foregoing allegations as if repeated in full here.

3.      This action seeks to hold the **DEFENDANTS** accountable for facilitating the sexual exploitation of Plaintiff, who was a minor at the time of the abuse. The heinous acts against Plaintiff were committed by a dangerous child predator whose actions were possible only because the egregiously tortious conduct of **DEFENDANTS.**

4.      With their pervasive misrepresentations about safety, **DEFENDANTS** lure parents into believing their apps are appropriate places for children to play. In reality, and as **DEFENDANTS** well know, the design of their apps makes children easy prey for pedophiles. They allow adult users to identify and readily initiate conversations with children, then manipulate the trust of those children. Roblox allows adult users to easily identify and groom children and then move their communications to Discord—an app that permits a child to chat with anyone over voice, video, and text messaging. On Discord, these pedophiles are able to coerce the children into sending sexually explicit images or meeting in person. There are steps Roblox and Discord could take to protect children and make their apps safer. But time and again they have refused to invest in basic safety features to protect against exactly the kind of exploitation Plaintiff suffered here.

5.      Plaintiff was an avid user of Roblox. Plaintiff's parents allowed Plaintiff to use this app only because they trusted **DEFENDANTS'** representations that their app was safe for children to use. Plaintiff's family learned the truth only after it was too late. Plaintiff's parents discovered

that Roblox had enabled a child predator to identify, groom, and abuse Plaintiff to the point that she attempted to take her own life.

6.     Plaintiff has suffered unimaginable harm. Her innocence has been snatched from her forever. Tragically, what happened to her is far from an isolated event. Plaintiff is just one of countless children whose lives have been devasted as a result of the **DEFENDANTS'** misrepresentations and defectively designed apps. This action, therefore, is not just a battle to vindicate Plaintiff's rights – it is a stand against **DEFENDANTS'** systemic failures to protect society's most vulnerable from unthinkable harm in pursuit of financial gain over child safety.

7.     The products at issue consist of Roblox, a video gaming product used by JANE DOE J.L., including the patent-protected technologies of addictive design features incorporated therein (hereinafter referred to as the "Products" or "Roblox"), via Roblox's online app downloaded on one or more phones or gaming systems.

8.     The defective and unreasonably dangerous nature of the Products extraordinarily benefits **DEFENDANTS** financially.

9.     **DEFENDANTS'** actions arise from quintessential corporate greed, resulting from a conscious and deliberate decision borne from engaging in ruthless cost-benefit analysis.

10.     Under the guise of providing harmless and safe digital interactive games and entertainment to the masses, **DEFENDANTS** placed profits over the health and well-being of consumers, including minors, to whom they aggressively market their defective Products.

## PARTIES

11.     Plaintiff realleges and incorporates by reference all of the foregoing allegations as if repeated in full here.

### *The DEFENDANTS*

12.     **DEFENDANTS** in this action are ROBLOX CORPORATION and the FIRST DOE through ONE-HUNDREDTH DOE, inclusive, *i.e.*, the **DEFENDANTS**, one or more of which are corporations and/or limited liability companies and/or legal partnerships and/or entities incorporated, organized, and existing under and by virtue of the laws of the State of California, or the laws of some other state and/or foreign jurisdiction and which have the authority to do business

in this State, and/or are headquartered in this State, and/or have a principal place of business in this State, and/or are doing business in the State of California, and all of which regularly conduct business throughout the State of California, such that each of the **DEFENDANTS** has sufficient minimum contacts in California, and which also regularly do business in San Mateo County.

13.     At all times herein mentioned, the **DEFENDANTS**, and each of them, was the successor, successor in business, successor in product line or a portion thereof, parent, subsidiary, wholly or partially owned by, or the whole or partial owner of or member in an entity that designed, developed, tested, patented, assembled, manufactured, packaged, labeled, prepared, distributed, marketed, supplied, and/or sold the Products, specifically including those used by Plaintiff N.L., and all of which the **DEFENDANTS** put into the stream commerce in a defective condition, whether in design or warning, whether negligently, intentionally, recklessly, or otherwise, that could, and did as to Plaintiff JANE DOE J.L., cause disordered or addicted use to their severe damage. Said entities shall hereinafter collectively be called "alternate entities."

14.     Each of the **DEFENDANTS** and their alternate entities are liable to Plaintiff for placing the Products into the stream of commerce and into Plaintiff JANE DOE J.L.'s hands to their detriment, and to their family's severe injury, detriment, and damage and also because the **DEFENDANTS** and their alternate entities either knew, or should have known, were aware or should have been aware, that the Products were defective and unreasonably dangerous in that they incorporated addictive design features that can cause the user to suffer a myriad of severe physical, mental, and emotional injuries to users, particularly minors.

15.     Each of the **DEFENDANTS** and their alternate entities is liable for the tortious conduct of each successor, successor in business, successor in product line or a portion thereof, assign, predecessor, predecessor in business, predecessor in product line or a portion thereof, parent, subsidiary, alter-ego, whole or partial owner, or wholly or partially owned entity, or entity that it is a member of, or funded, that designed, developed, tested, patented, assembled, manufactured, packaged, labeled, prepared, distributed, marketed, supplied, and/or sold the defective Products that caused injuries as herein alleged to Plaintiff.

16.     The true names and capacities, whether individual, corporate, associate, governmental or otherwise, of **DEFENDANTS'** FIRST DOE through ONE-HUNDREDTH DOE, inclusive, are unknown to Plaintiff at this time, and Plaintiff, therefore, sues said defendants by such fictitious names. When the true names and capacities of said defendants have been ascertained, Plaintiff will amend this Complaint accordingly. Plaintiff, upon information and belief, alleges that each defendant designated herein as a DOE is responsible, negligently or in some other actionable manner, for the defective products and conduct herein alleged, for the injuries and damages proximately caused thereby to Plaintiff.

17.     Upon information and belief, and at all times herein mentioned, each of the **DEFENDANTS**, except as otherwise alleged, was the agent, servant, employee, and/or joint venturer of the other **DEFENDANTS**, and each of them, and at all said times, each of the **DEFENDANTS** was acting in the full course and scope of said agency, service, employment and/or joint venture.

### *Defendant Roblox Corporation*

18.     Defendant Roblox Corporation ("Roblox Corp.") is a Nevada corporation with its principal place of business in San Mateo, California. Roblox Corp. is authorized to do business in the State of California, does business in the State of California, and its registered agent for service of process is CSC - Lawyers Incorporating Service, 2710 Gateway Oaks Drive, Sacramento, California 95833. At all times material hereto, Roblox Corp. is a video game developer who designed, developed, tested, patented, assembled, manufactured, packaged, labeled, prepared, distributed, marketed, supplied, and/or sold Roblox either directly or indirectly to members of the general public within the State of California, including to Plaintiff.

19.     Roblox owns, operates, controls, produces, designs, maintains, manages, develops, tests, labels, markets, advertises, promotes, supplies, and distributes the Roblox app. Roblox is widely available to consumers throughout the United States.

### *Defendants DOES 1 through 50, inclusive*

20.     The true names or capacities, whether individual, corporate, or otherwise, of Defendants DOES 1 through 50, inclusive, are unknown to Plaintiff who is therefore ignorant of

their true names and sues said Defendants by such fictitious names. Plaintiff believes that and alleges that each of the Defendants designated herein by fictitious names is in some manner legally responsible for the events and happenings herein referred to and caused damages proximately and foreseeably to Plaintiff as alleged herein.

***The Plaintiff***

21.    Plaintiff in this action is an individual, a minor child, who is and was at all relevant times, a resident of the United States, State of Texas, County of Collin.

22.    The minor child Plaintiff in this action is JANE DOE J.L.; JANE DOE J.L.'s interests in this action are represented by and through J.L.'s Parent and Guardian JANE DOE M.B.

23.    Plaintiff has suffered profound and enduring harm. This includes significant emotional distress, psychological trauma, and mental anguish. Plaintiff's experiences have led to a loss of trust, safety, and personal security, depriving her of the opportunity for normal and healthy development. The injuries she sustained are severe, ongoing, and permanent, affecting her daily life and emotional health in lasting and immeasurable ways.

24.    Plaintiff was a minor at the time of using **DEFENDANTS'** apps and, as such, lacked the legal capacity to enter into any binding agreement. To the extent **DEFENDANTS** claim any contract has any effect on Plaintiff's rights in this action, such an assertion is legally erroneous, invalid, and unenforceable because Plaintiff disaffirms any such contract, including any contract containing a forced arbitration agreement and any delegation clause in any contract.

## JURISDICTION AND VENUE

25.    Plaintiff realleges and incorporates by reference all of the foregoing allegations as if repeated in full here.

26.    This Court has subject matter jurisdiction in this matter under 28 U.S.C. § 1332(a) because the parties in this case are citizens of different states—and as such there is complete diversity between the parties—and the amount in controversy exceeds $75,000.

27.    Further still, this action alleges causes of action seeking relief arising under and pursuant to the laws of the State of California, including but not limited to the allegation that as a direct and proximate result of the **DEFENDANTS'** Products and their negligent, deceptive,

fraudulent, willful, immoral, reckless and unlawful actions and inactions, representations and misrepresentations, including by omission, Plaintiff suffered injuries and damages within the State of California.

28.    This Court has personal jurisdiction over the **DEFENDANTS**. The **DEFENDANTS** are corporations and/or entities that are citizens of the State of California. They have a headquarters or principal place of business within the State of California and are thus "at home" in California; are foreign corporations and/or entities authorized to do business in California and are registered as such with the California Secretary of State; and/or are corporations and/or entities that are foreign, nonresidents of the State of California that have sufficient minimum contacts in, to, and with California arising from activities whereby they have purposefully and intentionally availed themselves to the benefits and protections of the laws of the State of California, and the market of the State of California, and continue to date to avail themselves in that manner, and with respect thereto, the controversy reflected in this action is directly affiliated with, related to, and arises from said **DEFENDANTS'** contacts with the State of California, such that the exercise of jurisdiction over each of the **DEFENDANTS** by the California State courts is consistent with traditional notions of fair play and substantial justice and would be and is both reasonable and proper.

29.    Venue is proper in this Court under 28 U.S.C. 1391 because one or more of the **DEFENDANTS** resides in the Northern District of California. Specifically, Defendant Roblox has its principal place of business in San Mateo, California, in San Mateo County, in the Northern District of California.

## **FACTUAL ALLEGATIONS AS TO ROBLOX**

### ***Roblox Offers a Gaming App for Children***

30.    Launched in 2006, Roblox is an online gaming app that allows users to play myriad games, which the company refers to as "experiences." There are currently more than 40 million experiences within the Roblox ecosystem. Most experiences on Roblox are created not by Roblox but by individuals (often Roblox users) or companies that develop their own games and make them available on Roblox for others to play.

31.    Roblox is easily accessible, including to children. It is free to download and play and is available on gaming consoles, computers, tablets, and cellular devices.

32.    Roblox is designed to be an interactive experience, allowing and encouraging users to communicate with each other. Gameplay interactions, user hubs, direct messaging, and voice chat all promote social interactions between users. Roblox's co-founder and CEO David Baszucki has explained that his vision is for Roblox to bring about "the next phase of human interaction," which he also has described as "a new category of human coexperience."[1] Roblox has similarly explained that it "operates a human co-experience platform . . . where users interact with each other to explore and develop immersive, user-generated, 3D experiences."[2]

33.    Roblox designed its app for children. Roblox has marketed its app not only as the "#1 gaming site for kids and teens"[3] but also as an educational experience for young users. Roblox claims that it provides "new gateways into learning"—from "chemistry to physics to robotics and more, Roblox experiences bring concepts to life in ways that immerse learners and motivate exploration, play, and deep thinking."[4] These offerings, according to Roblox, include "high-quality, standards-aligned, immersive educational experiences designed by curriculum experts."[5]

---

[1] David Baszucki, Co-founder and CEO of Roblox, *The CEO of Roblox on Scaling Community-Sourced Innovation*, Har. Bus. Rev., The Magazine, (Mar-Apr 2022),
https://hbr.org/2022/03/the- ceo-of-roblox-on-scaling-community-sourced-innovation.
[2] Roblox Corp., Quarterly Report (Form 10-Q) (Mar. 13, 2021).
[3] Roblox, *What Is Roblox*,
http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
[4] Roblox, *A New Era of Engaged Learning*, https://corp.roblox.com/education (last visited Feb. 11, 2025).
[5] *Id.*

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

*Roblox Webpage – "A New Era of Engaged Learning"*

34.    Roblox's popularity among children exploded during the pandemic when the app was flooded with millions of new users as kids were confined to their homes and glued to their devices. By September 2020, roughly 30 million people, more than half of them under 13, were on Roblox daily, making it the world's biggest recreational zone for kids.

35.    That growth has continued unabated. In Roblox's 2023 Annual Report, the company reported an average of 68.5 million daily active users, with 21% under 9 years of age; 21% from 9- 12 years of age; 16% from 13-16 years of age; and 41% over 17 years of age.

36.    Today, Roblox is the most downloaded online game globally, and the average user spends 139 minutes a day on the app.[6]

37.    Individuals who wish to play Roblox must create an account. It is extremely easy to "SIGN UP AND START HAVING FUN!" Users must provide only a birthdate, username, and password. Users of any age can create an account. There is no age minimum. Roblox does not require users to verify their age upon sign-up, so they can easily represent that they are younger or older than their actual age.

---

[6] Qustodio, *Research by App Category* – Gaming, https://www.qustodio.com/en/the-digital-dilemma/gaming/ (last visited Feb. 11, 2025).



*Roblox Sign-up Screen*

38.    Although Roblox states that children must have parental permission before signing up for an account, nothing prevents them from creating their own accounts and playing on Roblox. Roblox does nothing to confirm or document that parental permission has been given, no matter how young a child is. Nor does Roblox require a parent to confirm the age given when a child signs up to use Roblox.

39.    After creating an account, all users are assigned a default player avatar—a cartoonish character that represents the individual user within certain games.



*Example default avatar on Roblox.*

40.    They can then play in any of the millions of experiences on the app. These games are sorted into different genres/categories, such as Sports, Role-Playing Games, Fighting, First Person Shooters, Fashion, Horror, Comedy, Military, and Naval. The games recommended to a

user will vary based on the age the user entered when generating their account and Roblox's algorithm that recommends games to the user.



*Examples of games available on Roblox.*

41.     Until November 2024, Roblox configured its app to default to settings that allowed adults to easily communicate with children. Adult strangers could "friend" and chat with a child of any age via direct (i.e., private) message. Further, even without being "friends," adults could also chat with a child of any age within a Roblox experience through direct messages.

42.     Now, under Roblox's default settings, adults cannot directly message children under 13, but Roblox still does nothing to prevent children this young from creating accounts with fake 13+ birthdates, which gives them full access to Roblox's direct-messaging options. Roblox still relies on self-reported birthdates for age verification. Further, children 13 and over are still vulnerable to receiving friend requests—or direct messages within Roblox experiences—from adult strangers. There is also nothing that prohibits adults from entering fake birthdays and posing as children in their attempts to friend or otherwise communicate with children users.

43.     Roblox generates revenue largely by selling users an in-game digital currency called Robux, which they exchange for digital content such as online experiences and customized outfits and appearances for their avatars. Robux can be purchased in a single transaction or a user may subscribe to receive Robux on a recurring basis with a Roblox Premium membership. Roblox also offers Robux gift cards that anyone can purchase and send to any user.

44.     Children frequently become obsessed with purchasing or otherwise obtaining Robux to buy items for their avatars and to spend in their favorite experiences on Roblox. In Roblox's Avatar Store, for example, the company sells rare items at astronomical prices, such as a type of hair for an avatar, which children seek to purchase to keep up with or outdo their peers on Roblox. As a result, children often tell others, including strangers, that they will do "Anything for Robux."[7]

### *Roblox Lures Parents into Letting Their Kids Use Roblox with Promises of Safety.*

45.     Roblox's success and continued growth have hinged on its constant assurances to parents that its app is safe for children. The company has done so throughout its history and in every forum possible—on its website, through public promises of its highest executives, in news articles, on podcasts, and on and on.

46.     Over the years, Roblox has repeatedly represented on its website that its app is safe for children and has touted the safety controls it has in place. As early as 2007, Roblox's website assured parents that Roblox is an "online virtual playground . . . where kids of all ages can safely interact, create, have fun, and learn."[8]

47.     From 2008 to 2016, the website continued to promise parents, "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals as well as from indecent and distasteful content."[9] It also assured parents that Roblox had a zero-tolerance policy for "swearing and obscenities, messages and content of a sexual or violent nature, and any sort of aggressive or threatening communication," and "immediately suspended or permanently expelled" any offenders.[10]

---

[7] Olivia Carville & Cecilia D'Anastosio, *Roblox's Pedophile Problem*, Bloomberg Businessweek (July 23, 2024), https://www.bloomberg.com/features/2024-roblox-pedophile-problem/.
[8] Roblox, *Frequently Asked Questions (FAQs)*, https://web.archive.org/web/20071105104643/http://www.roblox.com/Parents/FAQs.aspx (archived Nov. 5, 2007).
[9] Roblox, *Keeping Kids Safe*, https://web.archive.org/web/20080501101437/http://www.roblox.com/Parents/KeepingKidsSafe.aspx (archived May 1, 2008); *see also* Roblox, *Information for Parents*, https://web.archive.org/web/20160131063648/http://corp.roblox.com/parents (archived Jan. 31, 2016).
[10] *Id.*

48.     The website has consistently sought to paint Roblox as "family friendly" and safe for children of all ages. In 2017, Roblox began declaring that it "take[s] kids' safety and privacy very seriously" and "strive[s] to continually develop new and innovative technologies that will protect the safety of our community while allowing players to imagine, create, and play together in a family- friendly environment."[11] Roblox similarly has advertised its app as "a safe, moderated place to meet, play, chat, and collaborate on creative projects."[12]

> As the largest growing social platform for play, Roblox gives players a safe, moderated place to meet, play, chat, and collaborate on creative projects. If so inclined, they can even go on to learn how to build and code immersive experiences for others, all at their own pace.



*Excerpt from Roblox Parent's Guide in 2017*

49.     Roblox's website representations have remained largely unchanged since then. In 2023, for example, Roblox assured parents that it "continually develop[s] cutting-edge technologies to ensure that the Roblox platform remains a safe and fun space for players all over the world."[13] Roblox claimed that the company was "dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all players to

---

[11] Roblox, *Parents' Guide*,
https://web.archive.org/web/20170716032712/https://corp.roblox.com/parents/ (archived Jul. 16, 2017).
[12] *Id.*
[13]  Roblox, *For Parents*,
https://web.archive.org/web/20230405060048/https://corporate.roblox.com/parents/ (archived Apr. 5, 2023).

imagine, create, and play online."[14] Roblox emphasized that it is "committed to ensuring that Roblox is a safe and fun place for everyone."[15] According to Roblox, it "goes above and beyond to foster an environment where people of any age can create, play, learn, and imagine safely. We've kept children's privacy and safety top-of-mind when designing our platform, especially through the implementation of advanced text filters that block inappropriate language or other unsafe content."[16]

50.    Roblox's website today contains similar assurances. It claims, "Safety is in our DNA: when Dave Baszucki and Erik Cassel launched Roblox in 2006, they spent a few hours each day with the community, helping to ensure that Roblox was a safe and welcoming environment. Safety was their top priority, and they made constant improvements in their moderation, both for content and for communication on the platform."[17]

51.    According to the current website, Roblox "won't allow language that is used to harass, discriminate, incite violence, threaten others, or used in a sexual context."[18] It touts a "stringent safety system and policies,"[19] which includes its "expertly trained team with thousands of members dedicated to protecting our users and monitoring for inappropriate content"; its "safety review of every uploaded image, audio, and video file, using a combination of review by a large team of human moderators and machine detection before they become available on our platform";

---

[14] *Id.*

[15] Roblox, *Roblox FAQ*, https://web.archive.org/web/20230328011957/https://corporate.roblox.com/faq/ (archived Mar. 28, 2023).

[16] Roblox, *Roblox & User Data FAQ*, https://en.help.roblox.com/hc/en-us/articles/4406238486676-Roblox-User-Data-FAQ (last visited Feb. 11, 2025).

[17] Roblox, *Safety Comes First on Roblox*, https://corp.roblox.com/safety-civility-resources?section=news&article=safety-comes-first-on-roblox (last visited Feb. 11, 2025).

[18] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-PrivacyFiltering#:~:text=Players%20have%20different%20safety%20settings,and%20phrases%2%200tha n%20younger%20players (last visited Feb. 11, 2025).

[19] Roblox, *Safety & Civility at Roblox*, https://en.help.roblox.com/hc/en-us/articles/4407444339348-Safety-Civility-at-Roblox (last visited Feb. 11, 2025).

and its chat filters for inappropriate content, which "are even stricter" for children under 13 and "include any potentially identifiable personal information, slang etc."[20]

52.    In 2009, a blogger wrote about blocking Roblox because he doubted its safety for his children. CEO David Baszucki responded to the blogger reassuring him that Roblox flags "obviously offensive content" and removes it, and if "something is marginal, but gets flagged as inappropriate," Roblox "investigate[s] immediately."[21]

53.    In a 2013 *Wired* interview, when asked whether a parent should be concerned about whom his child was chatting with in-game, Baszucki declared, "We take every precaution possible to make sure kids are protected from inappropriate and offensive individuals as well as from indecent and distasteful content," taking a sentence verbatim from Roblox's webpage for parents.[22]

54.    Tami Bhaumik, Roblox's current Vice President of Civility & Partnerships, has doubled down on these promises in statements to parenting magazines, news outlets, and podcasts— all aimed at persuading parents to let their children use Roblox. She also has contacted international online safety experts in an effort to sell Roblox's safety story.

55.    As recently as 2024, Bhaumik told *Parents Magazine* that "[w]e have a responsibility to make sure our players can learn, create, and play safely. This continues to be our most important priority and that will never change."[23]



# Parents

In response to safety concerns, Roblox notes that the platform was designed for kids and teens from the beginning, and they're committed to making safety a priority. "We have a responsibility to make sure our players can learn, create, and play safely," notes Tami Bhaumik, Vice President of Civility & Partnerships at Roblox. "This continues to be our most important priority and that will never change."

---

[20] *Id.*
[21] Eric Frenchman, *Revisiting Roblox*, Pardon My French (Oct. 5, 2009), https://pardonmyfrench.typepad.com/pardonmyfrench/2009/10/revisiting-roblox.html.
[22] Tony Sims, Interview with David Baszucki, Founder & CEO of Roblox, Wired (Feb. 7, 2013), https://www.wired.com/2013/02/roblox/.
[23] Maressa Brown, Is Roblox Safe for Kids? Here's What the Experts Have to Say, Parents Magazine (Apr. 29, 2024), https://www.parents.com/kids/safety/internet/is-roblox-safe-forkids/.

56.    Such statements by Bhaumik date back years. In 2018, Bhaumik told the Washington Post that Roblox "focus[es] on making sure that everything is done in a safe and appropriate way."[24] That year, she also claimed to another newspaper that Roblox's "safety team reviews every uploaded image, video, and audio file used within our games to make sure they are safe and age appropriate."[25] She also boasted that Roblox has "created extensive parental controls for our games and a detailed Roblox Parent's Guide that provides information to parents to help create a Roblox experience that's best for their child."[26]

57.    In 2019, while presenting on a "Digital Civility Panel," Bhaumik emphasized that "[w]e make sure there's a safe environment," citing Roblox's "tremendous reporting system" and "incredible moderation and CS team that reacts very, very quickly."[27] On that same panel—and in contradiction to Roblox's representation that it had always taken "every precaution possible" to protect children, Bhaumik conceded that "digital civility did not exist at Roblox a year and a half ago and we established this and made it a movement within our company."[28] She added later, "It's still very early days for us. This whole digital civility focus for Roblox is still there, we're just still establishing it."[29]

58.    In a 2022 video interview about safety on Roblox, Bhaumik asserted that Roblox's "number one priority" is "to create a safe, civil, and inclusive community" and that "[s]afety and civility has always been baked into everything that we do."[30] That year, on a podcast, she also

---

[24] Hayley Tsukayama, *Roblox, an Online Kids Game, Explains How a Hack Allowed a Character's Virtual 'Rape'*, Wash. Post. *(Jul. 17, 2018),* *https://www.washingtonpost.com/technology/2018/07/17/roblox-an-online-kids-game-explains-how-hack-allowed-characters-virtual-rape/.*

[25] Chris Pollard, *Police Warn that Children as Young as Five-Years-Old are Seeing Naked Lego-Type Characters Having Sex on Roblox App*, The Sun (Jan. 29, 2018), https://www.thesun.co.uk/news/5445444/roblox-app-children-danger-sex-warning/.

[26] *Id.*

[27] YouTube, Digital Civility Panel (Oct. 23, 2019), https://www.youtube.com/watch?v=XoUs1Js7WG0&list=PLcKphP00N1_kCLjvcOWdwbegJkNSL-CuL&index=6.

[28] *Id.*

[29] *Id.*

[30] Video Interview with Tami Bhaumik, Roblox's VP of Digital Civility & Partnerships (2022), https://www.facebook.com/bedford.sheriff/videos/roblox-how-to-help-kids-use-itsafelyrobloxs-vp-of-digital-civility-partnerships/1338989609901259/.

bragged about Roblox's purported safety protections, including "thousands of human moderators on the front lines" and "machine learning that is constantly taking a look at chat filters."[31] With these and other measures, she exclaimed, "[a]ny sort of bad actor that comes onto the platform is dealt with swiftly" and "[w]e remove any content that's reported to us within minutes."[32]

59.    In 2023, Matt Kaufman, formerly the Chief Systems Officer for Roblox, was appointed Chief Safety Officer, at which point he too began peddling Roblox's child safety narrative.

60.    In a 2024 blog post on Roblox's website, Kaufman asserted that "Roblox has spent almost two decades working to make the platform one of the safest online environments for our users, particularly the youngest users. Our guiding vision is to create the safest and most civil community in the world."[33] According to Kaufman, "For users under 13, our filters block sharing of personal information and attempts to take conversations off Roblox, where safety standards and moderation are less stringent."[34] A few months later, he added, "Safety is and always has been foundational to everything we do at Roblox."[35]

61.    In a later blog post, Kaufman touted Roblox's "track record of putting the safety of the youngest and most vulnerable people on our platform first."[36]

62.    Kaufman also recently told *NPR* that "any time anything happens to a child that puts them at risk is one too many."[37]

---

[31] YouTube, Into the Metaverse, Podcast: EP.21: Tami Bhaumik (Roblox) - Building a Safe & Resilient Metaverse, https://www.youtube.com/watch?v=LT5_bBOYS9A.
[32] *Id.*
[33] Matt Kaufman, Chief Safety Officer, *Driving Civility and Safety for All Users*, Roblox (July 22, 2024), https://corp.roblox.com/newsroom/2024/07/driving-civility-and-safety-for-allusers.
[34] *Id.*
[35] Matt Kaufman, Chief Safety Officer, *Major Updates to Our Safety Systems and Parental Controls*, Roblox (Nov. 18, 2024), https://corp.roblox.com/newsroom/2024/11/major-updates-to-our-safety-systems-and-parental-controls.
[36] Matt Kaufman, Chief Safety Officer, *Scaling Safety and Civility on Roblox*, Roblox (Apr. 4, 2024), https://corp.roblox.com/newsroom/2024/04/scaling-safety-civility-roblox.
[37] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

1    ***In Reality, Roblox Is A Digital and Real-Life Nightmare for Children.***

2        63.    Roblox's public statements and promises are carefully crafted to paint the picture

3    of a digital playground that is safe and appropriate for children. When parents, the press, or child

4    advocates raise questions and concerns, the company's highest executives respond with

5    comforting promises of safety.

6        64.    This campaign of reassurance masks the truth about Roblox. Far from creating a

7    safe place for children, Roblox designed, built, and maintains a toxic environment that has enabled

8    obscene material to flourish and, worse, enables predatory pedophiles to hunt, groom, and sexually

9    exploit children. What Roblox represents as a safe, appropriate space for children is, in fact, a

10   digital and real-life nightmare for kids.

11          **1.    Roblox hosts and promotes graphic, sexually explicit content.**

12       65.    Roblox is a vast ecosystem offering an endless array of not just online games but

13   also immersive virtual worlds where children's customized avatars can engage in activities like

14   playing house, adopting pets, and mimicking adult behaviors, including sexually explicit ones.

15       66.    These games and virtual worlds are brought to life through developer tools that

16   Roblox designs, controls, and makes available to third parties. These tools, which include scripting

17   capabilities, 3D modeling systems, and other software supply the infrastructure needed to create

18   content for the Roblox platform. Roblox has the power to control the use of these tools. Instead,

19   over the years, the company has given third parties essentially unfettered access to use the tools to

20   build what they want, with no meaningful oversight or safeguards. The results are deplorable.

21       67.    As early as 2010, Roblox's virtual games had already devolved into hosting and

22   promoting sexually explicit content. Roblox's scripting language, which allows developers to

23   manipulate avatar activity and interactions any way they want, was deployed to create scenarios

24   where avatars engaged in simulated sexual activity.[38]

25

26   _____

27   [38] *See, e.g.*, YouTube, *How to Do Roblox Sex Glitch*,
     https://www.youtube.com/watch?v=Zz97Q1SQE_k; *see also* YouTube, *Roblox Sex?*,

28   https://www.youtube.com/watch?v=hyqCHG6nUYI.

68.      This simulated sexual activity pervades Roblox. There have been numerous reports of children's avatars being raped by other users' avatars. For example, in 2018, a seven-year-old girl's avatar was violently raped by two male avatars *on a playground* in a Roblox experience, which was witnessed by the girl's mother.[39] In describing the aftermath of this traumatic experience, the girl's mother exclaimed, "I never in my wildest dreams would've ever imagined that I would have to talk with my seven-year-old about rape."[40]

69.      Roblox also hosts a staggering number of experiences centered on simulated sexual activity. For instance, children can play in "condo games"—predatory digital environments, including houses, where users can remove their avatars' virtual clothing, revealing nudity, and engage in disturbing simulated sexual activities with other Roblox users.[41] They can also play games like "Public Bathroom Simulator Vibe," which allows access to users as young as nine years old and enables users to simulate sexual activity in virtual bathrooms,[42] as well as virtual strip clubs, where child avatars perform sexually explicit acts, like giving lap dances to patrons.[43]

---

[39] Savannah Levins, *North Carolina Mom Outraged After Roblox Game Depicts Violent Acts, Including Rape*, WFMYNews2 (June 30, 2018), https://www.wfmynews2.com/article/news/local/2-wants-to-know/north-carolina-mom-outraged-after-roblox-game-depicts-violent-acts-including-rape/83-569498171.
[40] *Id.*
[41] EJ Dickson, *Inside the Underground Strip-Club Scene on Kid-Friendly Gaming Site Roblox,* Rolling Stone (Sep. 12, 2021), https://www.rollingstone.com/culture/culture-features/roblox-virtual-strip-clubs-condo-games-sex-1197237/.
[42] *Roblox: Inflated Key Metrics for Wall Street and a Pedophile Hellscape for Kids*, Hindenburg Research (Oct. 8, 2024), https://hindenburgresearch.com/roblox/.
[43] Dickson, *supra* note 41.

1
2
3
4
5
6
7
8
9
10



(Source: Roblox "Public Bathroom Simulator / Game)

*Roblox's Public Bathroom Simulator Game is rated ages nine and up and allows users to simulate sexual activity*[44]

11    70.    A recent investigative report also exposed a multitude of other exploitative

12  experiences on Roblox that recklessly trivialize and gamify serious criminal conduct, including

13  rape. The report confirmed that Roblox actively hosted over 600 "Diddy" games, with titles like

14  "Survive Diddy," "Run from Diddy Simulator," and "Diddy Party," which appear to recreate

15  reported incidents involving the music mogul Sean Combs, publicly known as "Diddy." Diddy

16  was recently indicted and is awaiting trial for sex trafficking of minors and other grievous criminal

17  charges regarding allegations surrounding reports about "freak-off" parties—events which,

18  according to multiple lawsuits and media reports, allegedly involved forced drug use, violent

19  assaults, and the sex trafficking of minors, including victims as young as 10 years old.

20
21
22
23
24
25
26
27
28

[44] *Id.*

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL



*Examples of Roblox games modeled after Diddy's sex trafficking ventures.* [45]

71.     This report also revealed that Roblox permitted more than 900 Roblox accounts displaying variations of convicted sex trafficker Jeffrey Epstein's name, such as "JeffEpsteinSupporter," whose account Roblox actively permitted to be openly engaged in children's games. Roblox also allowed games like "Escape to Epstein Island"—a title that directly references one of the locations where for years Epstein trafficked minors and other non-consenting individuals so he and others could sexually and physically abuse them.



*Example of Roblox game modeled after Jeffrey Epstein's sex trafficking ventures.* [46]

72.     Roblox played a direct role in enabling these rampant, sexually exploitative experiences. Roblox is fully aware that these experiences pervade its app, and it allows them to continue to exist unchecked despite the ability to control or eliminate them. Leaked internal Roblox documents reveal that Roblox monitored this type of content and made decisions such as "[h]ow

---

[45] *Id.*
[46] *Id.*

big of a 'bulge'" was acceptable, and, with the introduction of layered clothing for avatars (i.e., allowing avatars to wear multiple layers of clothing), whether players could be nude.[47] By allowing this type of content to exist and be easily accessible, Roblox directly contributed to the proliferation of games simulating sexual activity, such as condo games and virtual strip clubs.

73.    The effects of these games on children can be devastating. Playing video games with explicit sexual content normalizes exploitative and predatory behavior, blurring the lines of what is acceptable in real life. This is particularly harmful for children, who are still developing their understanding of social norms and morality. When such behavior is depicted as humorous, exciting, or rewarded within a game, young players can internalize the idea that harassment or sexual exploitation is harmless or even acceptable.

74.    Studies support this connection. One study found that playing games with sexualized content was linked to increased rates of sexual harassment toward female targets, suggesting that such exposure desensitizes players to the real-world consequences of these actions.[48] Another study showed that playing mature-rated games was associated with higher rates of risky sexual behavior years later, highlighting the long-term impact of exposure to sexualized or exploitative content.[49]

75.    The interactive nature of games amplifies this effect. Unlike passive media, video games require players to actively participate in behaviors, including those that simulate harassment or exploitation, reinforcing the perception that such actions are normal or desirable. This environment not only desensitizes children but also makes them more likely to replicate these actions in real-world interactions.

76.    The dangerous content on Roblox is not limited to online games. The recent investigative report discussed above found that a basic search for "adult" in Roblox revealed a

---

[47] Joseph Cox & Emanuel Malberg, *Leaked Documents Reveal How Roblox Handles Grooming and Mass Shooting Simulators*, Vice (Aug. 1, 2022), https://www.vice.com/en/article/leaked-documents-how-roblox-moderates-content-mass-shootings-grooming/.

[48] Jonathan Burnay, Brad J. Bushman & Frank Larøi, *Effects of Sexualized Video Games on Online Sexual Harassment*, 45 Aggressive Behavior 2, 214 (March/April 2019).

[49] Jay G. Hull et al., *A Longitudinal Study of Risk-Glorifying Video Games and Behavior Deviance*, J. Pers. Soc. Psychol. 2014 August; 107(2): 300–325. doi:10.1037/a0036058.

group with 3,334 members "openly trading child pornography and soliciting sexual acts from minors."[50] And tracking these members unearthed additional Roblox groups engaged in the same criminal conduct, including one massive group with 103,000 members.[51] Yet Roblox failed to implement any age restrictions on these criminal groups, deliberately leaving them accessible to all users.[52]



*Public chat wall for a group named "Adult Studios," where users openly solicited child pornography.* [53]

77.     Roblox has also enabled individuals to create an entire category of pornographic content. Using Roblox's tools and software, users make virtual sex videos between avatars on Roblox. These videos are clearly marked with the .rbxl file extension—Roblox's proprietary file format—establishing that this content was created within the Roblox application. Moreover, on XVideos, a porn website, Roblox users seek out other users to simulate sexual acts within seemingly innocuous games, like Brookhaven, which is one of Roblox's most popular experiences and is available to all users, regardless of age.

---

[50] Hindenburg Research, *supra* note 42.
[51] *Id.*
[52] *Id.*
[53] *Id.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19





20
21

*This Roblox user advertised their Roblox account on porn website, XVideos, where they had uploaded videos of their avatar having sex with other Roblox users.* [54]

22
23
24
25
26
27
28

---

[54] *Id.*



*Searching "Roblox" on XVideos, a porn website, yields more than 250,000 results.*[55]



*The comment section on a Roblox porn video on XVideos – Brookhaven is one of Roblox's most popular games and is available to users of all ages.*[56]

78.    In sum, the online environment that Roblox hosts and enables contradicts its representations of providing a safe product, demonstrating Roblox's blatant disregard for the safety of its youngest users and revealing the company's prioritization of user engagement over its fundamental duty to protect young users.

**2.  Roblox provides a hunting ground for child-sex predators.**

79.    For years, Roblox has served as an online platform of choice for predators seeking to find, groom, abuse, and exploit children. Roblox provides predators with easy access to tens of millions of children and allows these predators to freely move between inappropriate content and popular games to identify and target vulnerable young users. By doing so, Roblox has

---

[55] *Id.*
[56] *Id.*

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

demonstrated reckless indifference to its fundamental obligation not to create and foster an environment that places children at significant risk of sexual exploitation.

80. These systematic patterns of exploitation on Roblox follow a predictable and preventable sequence that the company has known about and facilitated for years: a predator misrepresents their age to other users on the app, cosplaying as a fellow child, methodically befriends the vulnerable young victim, and then strategically manipulates the child to move the conversation off Roblox to other apps—often Discord.

81. As the recent Bloomberg Businessweek article titled Roblox's Pedophile Problem put it, "These predators weren't just lurking outside the world's largest virtual playground. They were hanging from the jungle gym, using Roblox to lure kids into sending photographs or developing relationships with them that moved to other online platforms and, eventually, offline."[57]

82. Roblox, in effect, serves as an initial access point to children for predators. Media reports have repeatedly highlighted that Roblox "is being used as a first point of contact for predators."[58] The children, due to their underdeveloped brains, are more trusting and naïve, and often fail to recognize the danger of providing their usernames on other sites.

83. Once on another app, like Discord, predators escalate their exploitation by soliciting explicit material, like nude photos or videos of children doing sexually inappropriate acts, all of which constitute child pornography. And while the ultimate solicitation of explicit photos or other criminal acts may occur on other apps, Roblox serves as the critical facilitator that enables these predators to first identify, target, and gain the trust of young victims through its app's design and inadequate safety measures.

84. Roblox's app and profit-driven virtual currency system enable predators to exploit children, often by trading or extorting Robux in exchange for explicit photos. Predators commonly offer children Robux for these photos or demand Robux to avoid publicly releasing them, directly

---

[57] Carville & D'Anastosio, *supra* note 7.
[58] National Center on Sexual Exploitation, *The Dirty Dozen List '24: Roblox*, https://endsexualexploitation.org/roblox/ (last updated Dec. 4, 2024).

tying Roblox's profits to the sexual exploitation of children. Roblox's manipulative reward systems and social dynamics, intentionally designed to exploit children's developmental vulnerabilities, create psychological pressures that predators weaponize for extortion.

85.    Despite full awareness of how its app facilitates such exploitation, Roblox continues to profit from these tactics by collecting transaction fees on Robux exchanges. Its reckless indifference to the consequences of its deliberately engineered app mechanics highlights its prioritization of profits over the safety and well-being of its young users.

86.    Roblox enables another pattern of predatory grooming in which predators employ immediate blackmail tactics and the predators make no attempt to ingratiate themselves with the children, but instead threaten them from the outset. The predator will often threaten to post nude photos of others online, but claim that the child victim is the person depicted unless the child complies with the predator's demands. Through its deliberately insufficient monitoring systems, Roblox allows predators to threaten children with false claims about possessing and potentially releasing explicit photos, coercing young victims into complying with criminal demands.

87.    Regardless of how the initial grooming relationship begins, which is often as simple as someone asking the child to be their boyfriend or girlfriend, the predators also often attempt to make in-person contact with the child. The dangerous progression from Roblox's online app to real-world violence reveals the devastating consequences of the company's product. Roblox's app enables predators to escalate from virtual contact to orchestrating physical meetings, leading to harassment, kidnapping, trafficking, violence, and sexual assault of minors, all instances of which these children suffered as a direct result of Roblox's actions.

88.    Through numerous well-documented and publicized cases, Roblox has long been aware of the systemic exploitation that its app enables and facilitates. For years, countless children have been sexually exploited and abused by predators they met on Roblox.

89.    For example, in 2017, Roblox's app enabled a predator to target an eight-year-old child and solicit explicit photos, prompting one mother to observe that Roblox had created "the perfect place for pedophiles."[59]

90.    In 2018, Roblox's app enabled a predator posing as a child to coerce a nine-year-old girl into performing and filming sexually abusive acts on her four-year-old brother through violent threats, including of death, against her family.[60] That year, 24 men in New Jersey were also charged with soliciting sex from minors as part of a sting operation, where the New Jersey State Police Lieutenant specifically called out Roblox as a place where "individuals are posing as someone else" in order "to gain someone's trust."[61]

91.    In 2019, a Florida predator systematically used Roblox to target children ages 10-12, moving them to Discord to coerce the children into sending him naked pictures of themselves.[62] That year, a man in Wales encouraged 150 children to engage in sexual activity by contacting them through Roblox, where he pretended to be a child and used fake names.[63]

92.    During the pandemic, reports of child sex abuse facilitated by Roblox accelerated. In 2020, for example, Roblox enabled a 47-year-old predator to pose as a teenager, target a 16-year- old girl, move the conversation to Facebook, solicit explicit photos and videos, all of which

---

[59] Pei-Sze Cheng, Evan Stulberger & Dave Manney, *I-Team: Popular Online Gaming Site for Kids is Breeding Ground for Child Sex Predators, Mother Says*, NBC New York (Apr. 6, 2017), https://www.nbcnewyork.com/news/local/video-game-warning-roblox-child-sex-predator-online-site-investigation-what-to-know/87438/.
[60] Briana Barker, *Internet Safety and Your Children: How Kids are at Risk*, Record-Courier (Mar. 27, 2018), https://www.record-courier.com/story/news/2018/03/27/internet-safety-your-children-how/12899346007/.
[61] *Cop, Firefighter Among 25 Charged in Child Luring Sting*, FOX 13 TAMPA BAY (Sep. 25, 2018), https://www.fox13news.com/news/cop-firefighter-among-24-charged-in-child-luring-sting.
[62] Max Chesnes, *Deputies Say Vero Beach Man Used Popular Video Game Platforms to Target Children*, TC Palm (Aug. 20, 2019), https://www.tcpalm.com/story/news/crime/indian-river-county/2019/08/20/detectives-advise-online-safety-after-vero-beach-man-used-video-game-platforms-target-minors/2059599001/.
[63] Liz Day, *Paedophile Groomed 150 Children to Engage in Sexual Activity Using Online Game Roblox*, Wales Online (May 10, 2019), https://www.walesonline.co.uk/news/wales-news/paedophile-groomed-150-children-engage-16258877.

constituted child pornography,[64] and ultimately traffic her across state lines, raping her multiple times.[65] In Michigan, a man was arrested for persuading an eight-year-old girl to send him videos of herself, in various stages of undress, in exchange for Robux.[66] The perpetrator had been arrested for similar offenses three years earlier and was a registered sex offender in Kansas. This perpetrator was not the only convicted sex offender who was able to freely create accounts on Roblox: in 2021, a convicted sex offender used Roblox to sexually solicit a 12-year-old child.[67] And in 2022, a 33- year-old man groomed a 13-year-old girl on Roblox, transported her from her home in Kansas to his home in Georgia, and raped her multiple times.[68]

       93.    2023 was more of the same. For example, a 30-year-old man was arrested for soliciting illicit photos from young victims and authorities reported that he had three separate Roblox accounts.[69] A 27-year-old man was arrested for kidnapping an 11-year-old girl whom he met on Roblox.[70] A 23-year-old New Jersey man, who was a prominent Roblox developer with a known history of exploiting children via Roblox, was sentenced to 15 years in prison for grooming a 15-year-old girl, transporting her to his house, and sexually abusing her.[71]

---

[64] U.S. Dep't of Justice, *Magnolia Man Gets Life For Exploiting Young Female He Met and Communicated With Via Roblox and Facebook* (Oct. 15, 2020), https://www.justice.gov/usao-sdtx/pr/magnolia-man-gets-life-exploiting-young-female-he-met-and-communicated-roblox-and.
[65] *United States v. McGavitt*, 28 F.4th 571, 578 (5th Cir. 2022).
[66] *Man Arrested for Inappropriate Relationship with 8-Year-Old Bloomfield Twp. Girl Through Roblox*, WXYZ Detroit (Sep. 24, 2020), https://www.wxyz.com/news/man-arrested-for-inappropriate-relationship-with-8-year-old-bloomfield-twp-girl-through-roblox.
[67] Jeff Bonty, *Man Charged With Soliciting Juvenile Through Roblox*, Daily Journal (Jul. 23, 2021), https://www.shawlocal.com/daily-journal/.
[68] Fox 5Atlanta Digital Team, *Clayton County Man Charged with Sex Trafficking, Rape of 13-year-old Girl He Met on Gaming App Roblox*, Fox5 (Mar. 2, 2022), https://www.fox5atlanta.com/news/clayton-county-man-charged-with-sex-trafficking-rape-of-kansas-girl.
[69] City of Fontana Police Department, *Internet Predator Arrested,* Facebook (Dec. 20, 2023), https://www.facebook.com/watch/?v=338311109095057.
[70] *Man Charged in Kidnapping of 11-year-old He Met Through Roblox from Her NJ Home: Police*, ABC7 (Oct. 21, 2023), https://abc7ny.com/roblox-kidnapping-new-jersey-online-grooming/13927383/.
[71] U.S. Dep't of Justice, *New Jersey Man Sentenced to 15 Years in Federal Prison After Grooming Minor Online and Transporting Her Across State Lines Via Uber for Sex* (Aug. 30, 2023), https://www.justice.gov/usao-sdin/pr/new-jersey-man-sentenced-15-years-federal-prison-after- grooming-minor-online-and.

94.     Similar incidents continued throughout 2024. For example, a 21-year-old Chilean man was arrested for traveling to the U.S. to meet an underage girl he met on Roblox, where he had "spent several months manipulating and grooming" her.[72] A 21-year-old in California pled guilty for directing a 10-year-old girl, whom he met on Roblox, to disrobe and touch herself.[73] A 64-year-old man admitted to posing as a 13-year-old boy on Roblox, where he met a 12-year-old girl and convinced her to send sexually explicit photos of herself and a young relative.[74] A 29-year- old Michigan befriended and groomed an 11-year-old girl on Roblox by posing as a teenager and then coerced the girl into sending multiple explicit photos of herself.[75] And a 24-year-old man raped a 10-year-old girl he had met on Roblox.[76]

95.     While most predators on Roblox lure children into their grasp by pretending to also be children, many predators do not even hide their intentions, roaming Roblox with usernames like "@Igruum_minors," "@RavpeTinyK1dsJE," and "@EarlBrianBradley"—a reference to one of the most prolific pedophiles ever, who raped and molested hundreds of children.

---

[72] Grace Toohey, *Chilean Man Groomed 13-Year-Old Girl He Met on Roblox Before Flying to U.S. to Meet Her, Police Say*, L.A. Times (Aug. 22, 2024), https://www.latimes.com/california/story/2024-08-22/chilean-arrest-roblox-child-exploitation.
[73] Ashley Harting, *Online Predator Who Targeted 10-Year-Old on Roblox Pleads Guilty in Butte County*, KRCR (Sep. 25, 2024), https://krcrtv.com/news/local/online-predator-who-targeted-10-year-old-on-roblox-pleads-guilty-in-butte-county.
[74] Travis Schlepp, *Man, 64, Admits to 'Catfishing' Girl on Roblox, Convincing Her to Send Explicit Images*, KTLA 5 (Jun. 26, 2024), https://ktla.com/news/california/man-64-admits-to-catfishing-girl-on-roblox-convincing-her-to-send-explicit-images/.
[75] Michael Martin, *Roblox Predator: School Staffer Accused of Grooming West Michigan Child for Illicit Photos*, Fox17 West Michigan (Jan. 16, 2025), https://www.fox17online.com/news/local-news/roblox-predator-school-staffer-accused-of-grooming-west-michigan-child-for-illicit-photos.
[76] Martin Robinson, *Roblox Predator Who Raped 10-year-old Girl is Locked Up: Paedophile Who 'Targeted Child He Met on Gaming Platform Is Jailed for Six Years*, Daily Mail (Jan. 17, 2025), https://www.dailymail.co.uk/news/article-14278563/Roblox-predator-raped-10-year-old-girl.html.

*Results from an account search for "earlbrianbradley."*[77]

96.    Roblox's systematic endangerment of children has been publicly condemned by leading advocacy organizations. The National Center on Sexual Exploitation ("NCSE") has consistently named Roblox to its "Dirty Dozen" list—an annual campaign exposing companies that facilitate, enable, or profit from sexual exploitation. The NCSE blasts Roblox for "treat[ing] child protection like a game."[78] According to the NCSE, "[u]ntil basic child protection standards are met, Roblox remains too high risk for kids."[79]

97.    Parent reviews of Roblox on sites like Common Sense Media also document disturbing incidents of naked avatars, sexting, simulated sexual assault, and adult predators.[80]

98.    The harm from this child abuse and exploitation extends beyond the initial victims. Through the design of its app and inadequate safeguards, Roblox has created an abusive ecosystem where former victims—children who were once exploited on Roblox—become teenage perpetrators who then prey upon younger users, making today's victims tomorrow's perpetrators. Indeed, researchers have repeatedly confirmed this victim-victimizer pipeline: when children are exposed to and victimized by sexual content, they are more likely to become desensitized teenagers

---

[77] Hindenburg Research, *supra* note 42.
[78] National Center on Sexual Exploitation, *supra* note 58.
[79] *Id.*
[80] Common Sense Media, *Parent Reviews of Roblox*, https://www.commonsensemedia.org/website-reviews/roblox/user-reviews/adult (last visited Feb. 11, 2025).

and adults who then exploit younger users in the same ways.[81] In effect, Roblox contributes to this "raising of" predators who perpetuate the cycle of exploitation.

99.    The magnitude of the harm caused by Roblox is devastating. Yet rather than warn parents, Roblox minimizes these dangers through repeated misleading public statements. Roblox's Chief Safety Officer, Matt Kaufman, attempting to deflect attention from serious safety failures, told NPR, "I think we're losing sight of the tens of millions of people where Roblox is an incredibly enriching part of their life."[82] And while Kaufman publicly claims that "any time anything happens to a child that puts them at risk is one too many,"[83] Roblox simultaneously admitted to investors that it was "unable to prevent all such [inappropriate] interactions from taking place."[84] This calculated contradiction between public messaging and private admissions—telling parents that even one incident is unacceptable while simultaneously acknowledging to investors that abuse is inevitable—exposes Roblox's strategy of prioritizing public relations through hollow and misleading public statements over its fundamental duty to protect children.

### *Roblox Knowingly Causes and Facilitates the Sexual Exploitation of Children.*

100.    The reason that Roblox is overrun with harmful content and predators is simple: Roblox prioritizes user growth, revenue, and eventual profits over child safety. For years, Roblox has knowingly prioritized these numbers over the safety of children through the actions it has taken and decisions it has made to increase and monetize users regardless of the consequences.

### 1.    Roblox prioritizes growth over child safety.

101.    From its inception, Roblox has focused on growth above all else, which has meant deliberately targeting, exploiting, and capitalizing on the underdeveloped child market, positioning

---

[81] James RP Ogloff, Margaret C. Cutajar, Emily Mann & Paul Mullen, *Child Sexual Abuse and Subsequent Offending and Victimisation: A 45 Year Follow-Up Study*, Trends & Issues in Crime & Criminal Justice No. 440 (Jun. 2012), https://www.aic.gov.au/sites/default/files/2020-05/tandi440.pdf; M. Glasser et al., *Cycle of Child Sex Abuse: Links Between Being a Victim and Becoming a Perpetrator*, British J. Psychiatry (2001).
[82] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.
[83] *Id.*
[84] Roblox Corp., S-1 (Securities Registration Statement) 24 (Nov. 19, 2020).

itself as a place where kids can learn and play games in a safe environment. Recognizing that children have more free time, underdeveloped cognitive functioning, and diminished impulse control, Roblox has exploited their vulnerability to lure them to its app.

102.    Roblox's business model allowed the company to attract significant venture capital funding from big-name investors like Kleiner Perkins and Andreessen Horowitz, putting enormous pressure on the company to prioritize growing and monetizing its users. To do so, Roblox made deliberate decisions that placed children at risk. For example, while other products verified the ages of children and restricted access if a child fell below a certain age, Roblox welcomed and encouraged children of any age, implementing no age-verification safeguards and making signing up for an account extremely easy, which allowed even the youngest and most vulnerable to join.

103.    In 2021, riding the explosive growth in users generated by the pandemic and the pandemic-driven enthusiasm for technology stocks, Roblox went public at a valuation of $41 billion, which brought new pressures. To satisfy the scrutiny and demands of public market investors, Roblox, like many unprofitable companies, prioritized rapid growth in revenue and user engagement metrics—like new user acquisition, daily active users, and average hours spent on the app—on the theory that profitability would follow once the business achieved sufficient scale and operating costs decreased as a percentage of revenue.[85]

104.    In pursuit of growth, Roblox deprioritized safety measures even further so that it could report strong numbers to Wall Street. For instance, Roblox executives rejected employee proposals for parental approval requirements that would protect children on the platform.[86]

---

[85] After listing on the New York Stock Exchange, Roblox CEO David Baszucki told CNBC, "Roblox has been growing for 15 years …… That's a long-term growth path, and we believe that continues forward, even after Covid." Ari Levy & Jessica Bursztynsky, *Roblox Jumps to $38 Billion Mark Cap as Public Investors Get Their First Crack at the Popular Kids Game App*, CNBC (Mar. 10, 2021), https://www.cnbc.com/2021/03/10/roblox-rblx-starts-trading-at-64point50-after-direct-listing.html. CFO Michael Guthrie added, "As [Covid] restrictions ease, we expect the rates of growth in 2021 will be well below the rates in 2020, however, we believe we will see absolute growth in most of our core metrics for the full year." *Id.*
[86] Hindenburg Research, *supra* note 42.

Employees also reported feeling explicit pressure to avoid any changes that could reduce platform engagement, even when those changes would protect children from predators.[87]

105.    As one former Roblox employee explained, "You're supposed to make sure that your users are safe but then the downside is that, if you're limiting users' engagement, it's hurting our metrics. It's hurting the active users, the time spent on the platform, and in a lot of cases, the leadership doesn't want that."[88] That same employee added, "You have to make a decision, right? You can keep your players safe, but then it would be less of them on the platform. Or you just let them do what they want to do. And then the numbers all look good and investors will be happy."[89]

106.    By limiting safety measures, Roblox not only increased its users but also reduced the company's safety expenses as a percentage of its revenue—a key metric for Wall Street, which views trust and safety costs as detrimental to Roblox's stock performance. Barclays, for example, identified its "downside case" for Roblox's stock as "additional safety investments due to its younger demographic . . . becom[ing] a drag on [earnings] margins."[90] Barclays also wrote that it viewed increased safety costs as a "negative" in Roblox's quarterly earnings.[91]

107.    During earnings calls for investors, Roblox frequently addresses questions from analysts about how trust and safety expenditures will evolve over time. Roblox's answers reveal that the company is hyper-focused on reducing its trust and safety expenses as a percentage of its revenue, showing that the company is not investing as much proportionally in trust and safety as the company continues to grow and attract millions of additional users.

108.    For example, on Roblox's 2023 fourth quarter earnings call, an analyst praised the "really high level of efficiency" seen in the numbers for infrastructure and trust and safety expenditures and then asked how those figures would evolve over time.[92] In response, Mike

---

[87] *Id.*
[88] *Id.*
[89] *Id.*
[90] Ross Sandler, Trevor Young & Alex Hughes, *Back on Track Following the 1H Hiccup*, Barclays (Aug. 1, 2024)
[91] Ross Sandler, Trevor Young & Alex Hughes, *Everything Accelerating, Safety & Security a Top Priority*, Barclays (Nov. 1, 2024)
[92] Q4 2023 Earnings Call (Feb. 7, 2024).

Guthrie, Roblox's CFO, emphasized the company's goal of reducing expenses, stating, "cost to serve is the metric that we use and it's the metric that the [infrastructure] team owns . . . they're working hard to drive that down    [L]ike you said, it's about 11% now, ultimately with higher efficiency  we see that as a high-single-digit number over the next few years."[93] He added, "[W]e still think there's more to do there."[94]

109.    At other times, Guthrie has reassured investors stating, "look for trust and safety [costs] to scale below linear as we grow"[95] and that Roblox was "quite happy with" trust and safety costs growing "at a lower rate than our bookings growth."[96]

110.    Similarly, in the second quarter of 2024, CEO Baszucki highlighted that, "[i]mportantly, our infrastructure and trust and safety expenditures were 8% lower year-on-year."[97]

111.    One public, Roblox also decided to try to attract more adult users to its app—which it had historically touted as the "#1 gaming site for kids and teens."[98] With the market for underage users near saturation, Roblox shifted its growth strategy to attracting older users.

112.    In its public offering filings, Roblox identified "age demographic expansion" as a key strategy, explaining that it planned to develop experiences and content that appealed to older users.[99] For Roblox, "aging up" had benefits beyond user growth—it was also more profitable. Older users offered a distinct financial advantage. While children spend more hours on Roblox, they do not "monetize" as well because they are more constrained in their ability to spend. In contrast, older users, who "have more direct control over their spend" and "monetize better," are far more lucrative—an outcome that Roblox said it predicted when it started to target older users.[100]

113.    Roblox's executives repeatedly emphasized their strategy of "aging up" the app to attract older users. At the company's inaugural conference with an investment bank in September

---

[93] *Id.* (emphasis added).
[94] *Id.*
[95] Q4 2022 Earnings Call (Feb. 15, 2023)
[96] Q3 2022 Earnings Cal (Nov. 8, 2023).
[97] Q2 2024 Earnings Call (Aug. 1, 2024).
[98] Roblox, *What Is Roblox*, http://web.archive.org/web/20170227121323/https://www.roblox.com/ (archived Feb. 27, 2017).
[99] Roblox Corp., S-1 (Securities Registration Statement) 7 (Nov. 19, 2020).
[100] Q2 2022 Earnings Call (Aug. 10, 2022).

2021, Roblox's CFO, Michael Guthrie, noted that Roblox had achieved "very good penetration of nine to twelve year-olds," and was focused on adding users over the age of 13.[101] One plan was to "improve the search algorithms such that older users were finding older content," or content tailored to their age-related demographic.[102]

114.    And at its annual Developer Conference, CEO David Baszucki encouraged developers to create experiences for older audiences, explaining that Roblox was rolling out features designed to appeal to older users, including use of real names, screen capture and sharing capabilities, video calls, and relaxed chat moderation.[103] These decisions, while framed as growth strategies, reflected Roblox's willingness to compromise safety, creating new vulnerabilities and more dangerous circumstances for children in its pursuit of a more profitable, older user base.

115.    Roblox executives consistently highlighted progress with the company's "aging up" strategy on every quarterly earnings call after this until the second quarter of 2023, when CEO Baszucki declared that Roblox had achieved its goal: "We're no longer talking about aging up. We are a platform for all ages."[104] He also revealed that developers had started to "build specific 17-plus experiences."[105] This progress was praised by Wall Street investment banks, who noted that aged-up experiences were a promising indicator of "potential sustainable growth tailwinds for Roblox," reinforcing the company's pivot toward maximizing profitability.[106]

116.    Despite Roblox's deliberate targeting of older users, it failed to implement any meaningful restrictions on contact between adult and child users or limit the mature content and experiences it solicited from developers to attract older audiences. When asked by an equity research analyst about aged-13-and-up experiences for older users, CEO Baszucki admitted, "I want to highlight right now that we don't have any only 13 and up experiences. We have 28% of

---

[101] Roblox at Goldman Sachs Communicopia Conference (Sep. 9, 2021), https://ir.roblox.com/events-and-presentations/events/event-details/2021/Goldman-Sachs-Communicopia/default.aspx.
[102] *Id.*
[103] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.
[104] Q2 2023 Earnings Call (Aug. 9, 2023).
[105] Q2 2023 Earnings Call (Aug. 9, 2023).
[106] Benjamin Black et al., *Bookings Back on Track*, Deutsche Bank (Nov. 4, 2024).

the top thousand experiences having a majority of 13-plus [users] but those are still experiences that are open to all ages."[107] Similarly, despite urging developers to build experiences intended for users aged 17 and older, Roblox did not implement any access limitations for younger users.[108] Even investors recognized the connection between older users and the increased risks for children, questioning how Roblox planned to prevent inappropriate content from reaching younger users.[109]

117.    Not only did Roblox seek to increase adult users while knowing the risks that strategy posed to children, but it also sought to encourage relationships between users. At Roblox's 2023 Developers Conference, CEO Baszucki revealed Roblox's strategy to facilitate "real-life relationships" between users—i.e., dating. While he deliberately avoided the word "dating," he then announced plans to build a product to support it: "I'm not going to use the D word but subsequent[] real-life relationships is going to happen, okay? And we're going to build a platform to support that."[110]

118.    By the next year, in 2024, Baszucki explicitly acknowledged this strategy. He first acknowledged that online dating is "edgy" but then mocked his own safety team's concerns about the dangers—"the policy and safety team told me [dating and real-life relationships] isn't within our current policy right now"—to which the audience shared in laughter.[111]

119.    In short, for years, Roblox has deliberately sacrificed child protection—a longstanding issue for the company—in pursuit of growth and profit. This systematic subordination of child safety to business objectives reflects Roblox's continued choice to maximize its business goals while knowingly exposing children to preventable dangers on its app.

---

[107] Q3 2021 Earnings Call (Nov. 9, 2021) (emphasis added).
[108] Q4 2022 Earnings Call (Feb. 15, 2023).
[109] Q3 2021 Earnings Call, *supra* note 107.
[110] Roblox Developers Conference 2023 Keynote (Sep. 8, 2023), https://www.youtube.com/watch?v=CwLThCghzA4.
[111] Roblox Developers Conference 2024 Keynote (Sep. 6, 2024); https://www.youtube.com/watch?v=HwbcWc2CwnM.

1

2

**2.    Roblox facilitates child sexual exploitation through the design of its app, inadequate safety features, and refusal to invest in basic safety protections.**

3    120.    Roblox's pursuit of growth and profit over child safety is reflected in numerous

4    actions it took and decisions it made related to the design and safety of its app. Had Roblox acted

5    differently, the harm suffered by countless children would not have occurred.

6    121.    Roblox designed its app so that anyone can easily communicate with children,

7    creating a virtual world where predators can freely target and groom children. Until November

8    2024, adult strangers could "friend" and chat with children of any age via direct messages and chat

9    with them in an experience through direct messages even if they were not friends. While Roblox

10    offered some adjustable parental controls for users under the age of 13, these children could bypass

11    those controls simply by creating an alternate account falsely identifying as a 13+-year-old user.

12    By designing its app this way, Roblox stripped parents of basic protective options to prevent adult

13    strangers from communicating with their children.

14    122.    This practice contrasts sharply with other gaming products like Nintendo, which

15    use preprogrammed dialogue options to tightly control user interactions.[112] By adopting a similar

16    approach, Roblox could have significantly reduced—if not eliminated—the grooming and child

17    abuse facilitated by its app because predators would not have been able to solicit any personal

18    information or send any coercive or sexually suggestive messages.

19    123.    Roblox also enabled the common practice in which a predator meets and grooms a

20    child on Roblox and then transitions that child to a messaging app—often Discord. Roblox allows

21    links to Discord to be posted in game descriptions and in Roblox groups, which are user-created

22    communities on Roblox. Indeed, Roblox's March 2022 Community Standards lists Discord as one

23    of only a handful of external apps that users were allowed to link to: "When using Roblox, you

24    may not link to any external websites or services, except for: YouTube, Facebook, Discord,

25    Twitter, and Twitch."[113] Roblox could have prevented users from linking to Discord. In fact, the

26

27

28    [112] Carville & D'Anastosio, *supra* note 7.
[113] Roblox, Roblox Community Standards (May 6, 2022).

company previously did not allow its users to link to Discord because it could not "risk unfairly exposing underage users to platforms such as Discord."[114]

124.     Roblox also encourages users to communicate on Discord by allowing users to include their Discord usernames in their Roblox profiles.[115]

125.     This relationship created a shared ecosystem where users toggling between both apps benefited both companies. Even when the inappropriate conversations and solicitation of sexually explicit photos and videos occurred on Discord, Roblox profited when children were coerced with Robux into sending naked and other explicit photos or videos, while Discord benefited from getting more active users. Anything that keeps users engaged benefits both companies, and by fostering this interconnectivity, Roblox prioritized engagement and mutual profit over the safety of its users, enabling harmful behavior to flourish across both apps.

126.     Roblox further endangered children by introducing voice calls in November 2023. Called "Roblox Connect," this virtual call feature allows users to have a conversation through their avatars in real time. Concerns were immediately raised about this feature. For example, one user emphasized, "This is a bad idea Roblox, and especially on your platform because this is where most predators are coming from, and it makes it way easier for predators to prey on children."[116]

127.     As Roblox contemplated and rolled out Roblox Connect, it knew that this feature would drastically increase the risk to children on its app. That is because another company had implemented a similar feature with disastrous consequences. Omegle was a chat website that operated from 2009 to 2023. Omegle allowed users, including children, to engage in anonymous chats with strangers. In March 2010, Omegle introduced a video-chat feature. Despite efforts to monitor for mature and sexual content, the website became infamous for exposing minors to explicit material, predators, and exploitation. Omegle's failure to protect users led to numerous

---

[114] Roblox, Reminder Regarding Permissible Links (Nov. 2017), https://devforum.roblox.com/t/reminder-regarding-permissible-links/61736.

[115] YouTube, *How to Add Discord to Roblox Profile*, https://www.youtube.com/watch?v=tOd-W3kdm44.

[116] Josh Taylor, *Roblox Under Fire After Adding Controversial Voice Call Feature*, Dexerto (Nov. 15, 2023), https://www.dexerto.com/roblox/roblox-under-fire-after-adding-controversial-voice- call-feature-2384564/.

incidents, including criminal cases involving child pornography. In November 2023, the same month Roblox launched Roblox Connect, Omegle announced that it would cease operations. In shutting down, its founder highlighted the site's misuse: "[T]here can be no honest accounting of Omegle without acknowledging that some people misused it, including to commit unspeakably heinous crimes."[117] And he thanked one survivor for "opening my eyes to the human cost of Omegle."[118] Nevertheless, Roblox introduced voice calls the same month that Omegle shut down.

128.    Roblox also refused to implement simple measures that would have protected children using its app. For example, despite having the ability to require basic identity verification, Roblox instead chose to allow users to create accounts without providing their name or email address—a policy that enables predators to easily create multiple anonymous accounts.

129.    Roblox could have also required children under 13 to provide their names and email addresses and obtain parental approval—a fundamental protection against predators—but refused to do so. This decision allowed the company to bypass certain protections that are mandated by federal law and designed to protect children. The Children's Online Privacy Protection Act ("COPPA") prohibits companies like Roblox from collecting, using, or disclosing the personal information of children under 13 without verifiable parental consent. COPPA was enacted because Congress recognized the heightened vulnerability of children on the internet. As the Federal Trade Commission ("FTC") noted, children under 13 lack the capacity to "understand fully the potential serious safety and privacy implications" of sharing their personal information.[119]

130.    The FTC has outlined clear and acceptable methods for obtaining verifiable parental consent. These include: (a) providing a form for parents to sign and return; (b) requiring the use of a credit card or online payment that notifies parents of each transaction; (c) connecting parents to trained personnel via video conference; (d) offering a staffed toll-free number for

---

[117] Omegle, https://www.omegle.com/ (last visited Feb. 11, 2025).
[118] *Id.*
[119] Federal Trade Commission, *Privacy Online: A Report to Congress* (1998), https://www.ftc.gov/sites/default/files/documents/reports/privacy-online-report-congress/priv-23a.pdf.

parental verification; (e) asking knowledge-based questions to confirm identity; or (f) verifying a parent's photo-ID by comparing it to a second photo using facial recognition technology.[120]

131.    Yet instead of implementing safeguards to comply with COPPA, Roblox chose to bypass these protections altogether. Roblox intentionally avoids requesting a name or email address during sign-up to sidestep the requirement of verifiable parental consent. In fact, former employees revealed that Roblox considered requiring verifiable consent, but ultimately resisted its implementation out of fear that such requirements might drive users away.[121] Consequently, creating a Roblox account is alarmingly easy, requiring less than sixty seconds and no meaningful oversight—a choice that prioritizes growth over the safety of its youngest users.[122]

132.    Another easy-to-implement feature that would have improved safety is adding pop-up safety notices within chats and games to warn users about their behavior or the dangerous behavior of others. But Roblox executives also rejected this change.[123]

133.    Additionally, although Roblox knew that predators routinely operate dozens of Roblox accounts at the same time, the company chose not to implement basic blocking of digital identifiers—both the unique network addresses that track internet connections (Internet Protocol or IP addresses) and the permanent hardware identification numbers assigned to devices (Media Access Control or MAC addresses) that could prevent predators from creating multiple accounts.[124]

134.    Similarly, Roblox chose not to require adult users to verify phone numbers—which would create significant barriers to predators creating multiple accounts—despite knowing that this enables bad actors to easily create numerous anonymous accounts to target children.

---

[120] Federal Trade Commission, *Complying with COPPA: Frequently Asked Questions*, July 2020, https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions.
[121] Hindenburg Research, *supra* note 42.
[122] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.
[123] Carville & D'Anastosio, *supra* note 7.
[124] *Id.*

135.    Roblox also opted not to require users to verify their age by uploading a picture of either their or their parents' ID, a practice that many other applications employ. Doing so would have restricted the content available to young users and prevented predators from easily mispresenting their age, which is often their approach in targeting and grooming children. As one father told the press after seeing other users solicit his avatar for sex, "There is nothing to stop adults going on there and pretending they're kids."[125]

136.    Despite these glaring failures, Roblox aggressively markets and promotes itself as an "industry leader" when it comes to child safety.[126] Central to this self-serving narrative is its "accomplishments" of investing in artificial intelligence ("AI") and machine learning systems supposedly designed to scan and monitor all communications on the app and prevent the sharing of inappropriate content and personally identifiable information.[127]

137.    Yet this technology has proven grossly inadequate and insufficient to protect children. For example, Roblox's filters have inexplicable omissions. While Roblox blocks certain words, like "Snap" and "Snapchat," to supposedly prevent off-app communications, it allows workarounds such as the use of the ghost emoji (👻), which is widely recognized as a symbol for Snapchat, or alternative spellings, like "Snappy" or "apchat." Similarly, while the word "Discord" is blocked, users can bypass this filter by using the disc emoji (💿) or typing variations, like "iscord" or "cord." [128] That Roblox selectively blocks the words "Snap," "Snapchat," and "Discord" reveals that Roblox is fully aware of the dangers of off-app inappropriate communications yet chooses not to close these loopholes And while Roblox prevents users from

---

[125] Carl Stroud, *Horrified Dad Found Sick Messages from Paedo Predator in His Eight-Year Old Son's Roblox iPad Game*, The Sun (Feb. 15, 2017), https://www.thesun.co.uk/news/2872376/horrified-dad-found-sick-messages-from-paedo-predator-in-his-eight-year-old-sons-roblox-ipad-game/.
[126] Q1 2021 Earnings Call (May 11, 2021).
[127] Roblox, *Safety Features: Chat, Privacy & Filtering*, https://web.archive.org/web/20240714130904/https://en.help.roblox.com/hc/en-us/articles/203313120-Safety-Features-Chat-Privacy-Filtering (archived Jul. 14, 2024).
[128] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.

sharing phone numbers in numerical format, it does nothing to stop users from spelling out the numbers.[129]

138.    Similarly, while Roblox attempts to block the word "condo," countless external groups on platforms like Reddit and Discord are dedicated to helping users locate new explicit content on Roblox. As soon as Roblox removes one game, its ineffective safeguards allow the same game to be reuploaded almost immediately from a new account, perpetuating the cycle of explicit and harmful content. External groups have capitalized on Roblox's weak moderation by guiding predators to these reuploaded games, with Fast Company easily identifying 150 Discord groups dedicated to exploiting Roblox's lack of robust enforcement.[130]

139.    Beyond Roblox's ineffective technology, the company also employs a woefully inadequate number of human moderators to analyze and manage content on its platform. With only about 3,000 moderators, Roblox pales in comparison to platforms like TikTok, which, despite having only three times the number of users, employs more than ten times the number of moderators at 40,000.[131] Roblox attempts to justify this disparity by claiming "[y]ou really can't judge the quality of these moderation systems by the number of people."[132] But the reality tells a different story. Roblox's moderators, many of them overseas contractors, report being overwhelmed by an unmanageable volume of child safety reports, making it impossible to address all concerns effectively and leaving countless safety issues unresolved.[133]

140.    Even the safety data that Roblox touts is flawed and only underscores the growing dangers created by the company's app. For example, Roblox proudly points to its low percentage of reports to the National Center for Missing and Exploited Children ("NCMEC") – the leading U.S. nonprofit organization tasked with preventing child exploitation and assisting in the recovery

---

[129] *Id.*

[130] Burt Helm, Sex, Lies and Video Games: *Inside Roblox's War on Porn*, Fast Company (Aug. 19, 2020), https://www.fastcompany.com/90539906/sex-lies-and-video-games-inside-roblox-war- on-porn.

[131] Carville & D'Anastosio, *supra* note 7.

[132] Scott Tong & James Perkins Mastromarino, *Roblox Chief Safety Officer on New Safety Features, Past Cases of Child Abuse on the Platform*, WBUR (Nov. 18, 2024), https://www.wbur.org/hereandnow/2024/11/18/roblox-safety-features.

[133] Carville & D'Anastosio, *supra* note 7.

of missing children. Roblox claims that it accounts for less than .04% of reports made to NCMEC.[134] But this data is entirely self-reported and therefore depends on Roblox's ineffective content moderation and safety team. This self-reported data to NCMEC—flawed and limited as it is—also reveals a disturbing trend: Roblox's reports about suspected child sexual exploitation have surged over the years, from 675 reports in 2019 to 13,316 reports in 2023.[135]

141.    Roblox also boasts that just "0.0063% of [its] total content was flagged for violating" policies. But Roblox itself controls the systems responsible for identifying and flagging violative content.[136] These lower percentages are thus a reflection not of safety but of Roblox's ability to minimize the appearance of problems through its own inadequate reporting and enforcement mechanisms. By hiding behind self-serving metrics and refusing to take meaningful action, Roblox has fostered an environment where children are subjected to irreparable harm while the company continues to reap financial rewards.

142.    And the very existence of Roblox's trust and safety "data" on inappropriate communications to train its AI systems contradicts its claim that "one is too many" when it comes to the sexual exploitation of children. This data exists only because countless instances of abuse, exploitation, and predatory interactions have already occurred. Roblox's reliance on this data to train its AI systems exposes the reality that its so-called safety measures are not designed to prevent these atrocities but to react to them after the damage has been done. Instead of creating a secure environment where such harm never occurs and ensuring that such interactions never happen in the first place, Roblox uses the suffering and trauma of children as the foundation for its trust and

---

[134] Scott Tong & James Perkins Mastromarino, *Roblox Attempts to Bar Child Predators as Short Sellers Target the Popular Game Platform*, WBUR (Oct. 21, 2024), https://www.wbur.org/hereandnow/2024/10/21/roblox-child-predators-safety.

[135] National Center for Missing & Exploited Children, *2019 CyberTipline Reports by Electronic Services Providers (ESP)*, https://www.missingkids.org/content/dam/missingkids/pdfs/2019-reports-by-esp.pdf; *see also* National Center for Missing & Exploited Children, 2023 CyberTipline Reports by Electronic Services Providers (ESP), https://www.missingkids.org/content/dam/missingkids/pdfs/2023-reports-by-esp.pdf.

[136] Vikki Blake, *Roblox Reported Over 13,000 Incidents to the National Center for Missing and Exploited Children in 2023*, GamesIndustry.biz (Jul. 23, 2024), https://www.gamesindustry.biz/roblox-reported-over-13000-incidents-to-the-national-center-for-missing-and-exploited-children-in-2023.

safety systems. This cycle underscores the company's prioritization of optics over genuine protection, leaving its youngest users at the mercy of its neglect.

143.    Roblox's own developers even admit that Roblox is unsafe for children.[137] Online forum discussion posts are replete with developers writing that they would not allow their own children to use the platform, citing pervasive issues with Roblox's child safety policies. Many of these posts highlight the platform's systemic failures and suggest straightforward changes Roblox could implement to create a safer environment but has consistently ignored—for example:

a.    "Unfortunately, it is worse now due to Roblox's moderation being so abysmal and Roblox being a far more widespread platform. Creeps flock aplenty when before the creep: kid ratio was much much lower. Roblox has no interest in actually fixing the issues so long as the bad press doesn't end up viral."[138]

b.    "No. Roblox is not safe for children. The amount of NSFW [Not Safe for Work] I see on this platform on a daily basis is unbelievable. I'm surprised COPPA hasn't taken any action."[139]

c.    "I believe they need to automatically rate these games for older audiences, if not, you know, removing them entirely. I could keep going on about this issue, but it's just beating a dead horse at this point."[140]

d.    "Roblox got banned for bad moderation; Turkey banned it to 'protect children,' and they are not wrong. The amount of visits from 10 of these games is, in summary, 100 million+. I don't want to know how many of these children have seen nudity or even developed a p*rn addiction. But that is a big problem with Roblox doing almost nothing to prevent it."[141]

---

[137] Edwin Dorsey, *Problems at Roblox (RBLX) #5*, The Bear Cave (Oct. 17, 2024), https://thebearcave.substack.com/p/problems-at-roblox-rblx-5.
[138] *Id.*
[139] *Id.*
[140] *Id.*
[141] *Id.*

144.    These statements, coming from individuals familiar with Roblox's operations, paint a picture of an environment rife with neglect, where harmful content flourishes, predators thrive, and Roblox repeatedly fails to act—even in the face of widespread and urgent warnings.

### 3. Roblox's recent safety changes are woefully inadequate and fail to address years of neglect and harm caused by its app.

145.    After years of mounting pressure, Roblox recently announced changes to its child safety features. These changes were prompted not by the years of police reports and widespread media coverage but by a scathing report published by a well-known short seller accusing the platform of being a "pedophile hellscape for kids."[142] Released on October 8, 2024, the report sparked public outrage, detailing many of the issues described above that Roblox had long ignored.

146.    A little more than a month later, Roblox announced a series of changes, including permanently removing the ability to message others outside of games on its app for under 13-year-old users;[143] giving parents a separate dashboard where they can monitor a child's Roblox account, view the child's friend list, set spending control, and manage screen time;[144] preventing games from using chalkboard writings where people could get around the censoring of communications;[145] and implementing restrictions to stop under 13-year-old users from accessing new Roblox games that are awaiting maturity ratings.[146]

147.    These changes could all have been implemented years ago. None of them involve any new or groundbreaking technology. Roblox only moved forward when its stock was threatened.

---

[142] Hindenburg Research, *supra* note 42.
[143] *Roblox Tightens Messaging Rules for Under-13 Users Amid Abuse Concerns*, Reuters (Nov. 18, 2024), https://www.reuters.com/technology/roblox-tightens-messaging-rules-under-13-users-amid-abuse-concerns-2024-11-18/.
[144] Robert Booth, *Roblox to Give Parents More Control Over Children's Activity After Warnings Over Grooming*, The Guardian, (Nov. 18, 2024), https://www.theguardian.com/technology/2024/nov/18/roblox-to-hand-parents-more-control-over-their-childrens-activity.
[145] *Id.*
[146] *Id.*

148.    And these changes are little more than window dressing—too little, too late, and woefully inadequate. Most fundamentally, Roblox *still allows* adults to contact and message children. Roblox only banned user-to-user messaging for users under the age of 13 *outside of games*. Predators can still message children on public chats while playing games; indeed, Roblox has left child predators' blueprint for finding children on the application intact since predators have always found children by playing games they know that children will frequent. Roblox also failed to address core issues like the app's lack of age verification and refusal to require parental consent to make an account. Roblox did not commit to hiring more content moderators, nor did it implement any sort of identity check to prevent registered sex offenders from making accounts.

149.    Just as Roblox rolled out these changes, it simultaneously introduced a new "Parties" feature in an attempt to counteract any potential loss in user engagement.[147] Because Roblox knew that users often turned to other apps like Discord to communicate while playing video games and because Roblox knew that its safety changes would reduce key user engagement metrics, it sought to capture that traffic (and revenue) and replace any loss of engagement with the Parties feature. While the Parties feature is currently available only for users aged 13 and older, such limitations are hollow without robust age verification. And the fact that Roblox has stated that it is exploring making such a feature available to younger users demonstrates that, far from prioritizing safety, Roblox's real focus is protecting its bottom-line.[148]

150.    Roblox has also engaged in a deceptive public relations campaign using ostensibly independent online safety organizations to influence the narrative around these changes. For instance, Roblox has leveraged its ties to groups like the Family Online Safety Institute ("FOSI"). An online parenting magazine favorably quoted Stephen Balkam, FOSI's CEO, as endorsing Roblox's new features as a win for child safety.[149] What the article omitted, however, is that Roblox's own Vice President of Civility and Partnerships, Tami Bhaumik, serves as FOSI's board

---

[147] Rebecca Ruiz, *Roblox's New Party Feature Makes Discord Obsolete*, Mashable (Dec. 2, 2024), https://mashable.com/article/roblox-party-discord.
[148] *Id.*
[149] Anna Halkidis, *What Roblox's Latest Changes Mean for Your Kids' Online Safety*, Parents (Nov. 18, 2024), https://www.parents.com/roblox-new-parental-controls-8747405.

chair—an obvious conflict of interest.[150] This calculated relationship exposes how Roblox manipulates public perception by using seemingly independent safety organizations as mouthpieces to shape the narrative in its favor.



*Stephen Balkam's LinkedIn post revealing his connection to Roblox in a post praising Roblox's changes.*[151]

## **PLAINTIFF-SPECIFIC ALLEGATIONS**

151.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

152.    Plaintiff is a 15-year-old girl, who was an avid Roblox user since she was 11 years old. Plaintiff was traumatically groomed and exploited by a predator through DEFENDANT's dangerous app, which enabled and facilitated abuse and grooming. As a result of DEFENDANT's reckless disregard for child safety, Plaintiff suffered devastating psychological and physical trauma. Her life will never be the same.

153.    When Plaintiff was 11 years old, she asked her parents if she could create a Roblox account because she wanted to play games on Roblox. Before agreeing, Plaintiff's parents diligently researched Roblox to determine if it was safe for children to play.

---

[150] *FOSI Welcomes Roblox Vice President as New Board Chair*, FOSI (Oct. 12, 2022), https://www.fosi.org/about-press/fosi-welcomes-roblox-vice-president-as-new-board-chair.
[151] LinkedIn, Stephen Balkam's Post, https://www.linkedin.com/posts/stephenbalkam_what-robloxs-latest-changes-mean-for-your-activity-7264409332950220801-WCDF (last visited Jan. 6, 2025).

154.    Plaintiff's and her parents' first impression was that Roblox appeared to be designed for children. The company's website showed innocent-looking colorful avatars playing games for children. Unbeknownst to them at the time, this was nothing more than a false façade of safety.

155.    Plaintiff would spend hours a day playing in various experiences on the Roblox app. Plaintiff and her parents did not know what Roblox knew: that Roblox was not screening any users before allowing them onto the platform and instead was knowingly facilitating the ability for known predators to interact with millions of kids.

156.    By this time, Roblox had long been aware – from countless police reports and incidents reported in the media – that its app was widely used by predators to target, groom, and sexually assault children. Roblox specifically knew from numerous tragic events that occurred in the real world that predators target and manipulate children on its app by lying about their age. Yet rather than warn parents or take other measures to protect children from harm, Roblox continued with its deceptive campaign to portray the app as safe for children and to conceal information that it knew about the pervasive predatory conduct that its app enabled and facilitated. Had Plaintiff's parents known the truth about Roblox and its business practices, they would never have permitted Plaintiff to use the app.

157.    Based on these false, misleading, and dangerously inadequate assurances from Roblox, Plaintiff's parents were misled into believing that Roblox was a safe app for Plaintiff to use and therefore allowed Plaintiff to use Roblox. They trusted Roblox's deceptive representations that it used state-of-the-art technology and other safety measures to ensure that Plaintiff would be safe on its app. In reality, Roblox deliberately misled parents while knowing its platform facilitated predatory behavior.

158.    In or around 2024, Plaintiff's parents made a devastating discovery, learning that Plaintiff had been groomed by an online predator. The predator engaged in a pattern of calculated grooming behavior that Roblox had known about and enabled for years through its deliberate failures to modify the design or otherwise provide any meaningful safeguards to protect children on the app. The predator and Plaintiff initially engaged in innocent conversations on the platform

but the predator eventually coerced Plaintiff into giving him her phone number and exchanging sexually explicit videos and images of each other.

159.    As the grooming continued, the predator threatened Plaintiff that he would expose and circulate the explicit images she sent of herself. Due to the stress and abuse caused by the predator, and facilitated by DEFENDANT, Plaintiff cut herself with a knife causing scarring on her arm.

160.    On April 22, 2025, Plaintiff reported the blackmail to the McKinney Police Department in McKinney, Texas.

161.    Soon after Plaintiff was groomed and mentally and emotionally abused as a result of DEFENDANT's defectively designed app, Plaintiff became severely depressed, and has suffered from anxiety, insomnia, and suicidal ideations.

162.    Upon information and belief and based on the pictures found on Plaintiff's phone, the predator who groomed and threatened Plaintiff is believed to be an adult. Roblox did no background check and allowed all users to create an account with whatever information they wanted to use even if it was deceptive. Roblox intentionally designed the platform that way and intentionally chose not to screen any potential users. Roblox also intentionally designed the platform to allow users to chat with each other in experiences, including over voice chat, by default. On information and belief, Roblox's chat review technology does not restrict voice chats in real time. Because of Roblox's failure to implement basic age and identity verifications or any screening process before admitting users to the platform, the predator was able to target and engage with Plaintiff as just another user on Roblox. Had Roblox implemented even the most basic system of screening or age and identity verification, Plaintiff would never have interacted with the predator and suffered the harm she did.

163.    Due to the aforementioned trauma experienced due to DEFENDANTS' defective app, Minor Plaintiff, JANE DOE, J.L. has been seeing a mental health counselor regularly since 2024.

164.    As a result of the events described above, Plaintiff has suffered, and continues to suffer, life-altering psychological and emotional injuries, including severe mental anguish and

49

pain, and loss of enjoyment of life. Plaintiff has endured, and continues to endure, humiliation, shame, constant and paralyzing fear, and a profound loss of trust, safety, and innocence. Plaintiff continues to grapple with anxiety and lack of trust.

## CAUSES OF ACTION

### First Cause of Action: Fraudulent Concealment and Misrepresentation

### (By Plaintiff Against Defendant Roblox)

165.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

166.    DEFENDANT Roblox, at all relevant times, have marketed and advertised the Products at issue herein throughout the United States, including in California, for personal use by end-users/consumers of all ages, including minors, and specifically Plaintiff herein.

167.    As set forth in more detail above, DEFENDANT knew about the defective conditions of its app and the app posed serious safety risks to child users.

168.    DEFENDANT was under a duty to tell the public the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users.

169.    DEFENDANT breached its duty to the public, users, and their parents by concealing, failing to disclose, and/or making misstatements about the serious safety risks presented by its app. Even though DEFENDANT knew of those risks based on DEFENDANT's internal reviews, external studies known to DEFENDANT, and parent and police reports made to DEFENDANT, they intentionally concealed those risks to not lose users and revenue, and to induce parents to allow their children to use DEFENDANT's apps.

170.    DEFENDANT Roblox made numerous material representations in 2019 downplaying any potential harm associated with its app and reassuring the public, users, and parents, including Plaintiff's parents, that its app was safe, including but not limited to:

      a.   We protect our players' safety by proactively filtering inappropriate content and acting against anyone who is in violation of our Rules of Conduct;

      b.   All uploaded images, videos, and audio files are pre-reviewed by moderators before being allowed on our site;

c.   Our global moderation team is online around the clock addressing any incoming concerns as reported by players;

d.   Roblox offers parental controls that allow for a selection of chat options (no chat, chat with friends, chat with everyone), account age visibility (13+ or <13), an account PIN code feature, and an Account Restrictions setting that only allows children under 13 to access a curated list of age-appropriate games offered;

e.   Roblox is dedicated to building a safe, family-friendly environment to help protect younger players from seeing inappropriate content online;

f.   We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all people to imagine, create, and play online;

g.   We continually develop new and innovative technologies to ensure the Roblox platform remains a safe and fun space for players all over the world; and

h.   Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform.

171.   DEFENDANT Roblox's representations regarding the safety of its app were false, and Roblox knew that its representations about the safety of its app were false when the statements were made.

172.   DEFENDANT Roblox's representations regarding the safety of its app were false, and Roblox knew that its representations about the safety of its app were false when the statements were made.

173.   By intentionally making numerous material representations, downplaying any potential harm associated with its app, and reassuring the public, users, and parents, including Plaintiff's fathers, that its app was safe, DEFENDANT Roblox fraudulently misled the public, users, and their parents, including Plaintiff's father, into believing its app was safe for children to use.

174.    DEFENDANT Roblox intended for the public, users, and their parents, including Plaintiff's parents, to rely on its representations about the safety of its app.

175.    The public, users, and their parents, including Plaintiff's parents, reasonably relied on the representations made by DEFENDANT Roblox about the safety of its app for use by children.

176.    DEFENDANT intentionally failed to disclose the serious safety risks posed by the design of its app to the public, users, and their parents, including Plaintiff's parents. Such risks were known only to DEFENDANT through its internal reviews and external studies known to DEFENDANT, as well as parent and police reporting to DEFENDANT, and the public, users, and their parents, including Plaintiff's parents, could not have discovered such serious safety risks.

177.    The **public,** users, and their parents, including Plaintiff's parents, did not know of the serious safety risks posed by the design of DEFENDANT's app, which was were known by DEFENDANT.

178.    By intentionally concealing and failing to disclose defects inherent in the design of their app, DEFENDANT knowingly and recklessly misled the public, users, and their parents, including Plaintiff's parents, into believing its app was safe for children to use.

179.    DEFENDANT knew that its concealment, misstatements, and/or omissions were material. A reasonable person, including Plaintiff's parents, would find information about the risk of grooming, sexual abuse, sexual exploitation, and other serious risks associated with the use of Defendant's app, to be important when deciding whether to allow children to use them.

180.    DEFENDANT intended to deceive the public, users, and their parents, including Plaintiff's parents, by concealing the defects in the design of its app, which made the app unsafe.

181.    As a direct and proximate result of DEFENDANT's material omissions, misrepresentations, and/or concealment of material information, Plaintiff's parents were not aware and could not have been aware of the facts that DEFENDANT concealed or misstated, and therefore justifiably and reasonably believed that DEFENDANT's app was safe for children to use.

182.    If the serious safety risks presented by the design of DEFENDANT's app had been disclosed, the public, users, and their parents, including Plaintiff's parents, reasonably would have acted differently and/or would have not permitted children to use the apps.

183.    As a direct and proximate result of DEFENDANT's omissions, misrepresentations, and/or concealment of material information, Plaintiff sustained serious injuries and harm.

184.    DEFENDANT's concealment and Plaintiff's parents' reliance on DEFENDANT Roblox's representations about the safety of its app were substantial factors in causing harm to Plaintiff.

185.    DEFENDANT's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish DEFENDANT and deter others from like conduct.

186.    WHEREFORE, Plaintiff prays for judgment against the DEFENDANT for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## Second Cause of Action: Negligent Misrepresentation

### (By Plaintiff Against Defendant Roblox)

187.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

188.    As set forth in more detail above, DEFENDANT Roblox knew about the defective conditions of its app and that the app posed serious safety risks to child users.

189.    DEFENDANT Roblox was under a duty to tell the public the truth and to disclose the defective conditions of its app and that the app posed serious safety risks to child users.

190.    DEFENDANT Roblox breached its duty to the public, users, and parents of minor users by concealing, failing to disclose, and making misstatements about the serious safety risks presented by its app. Even though DEFENDANT Roblox knew of those risks based on DEFENDANT Roblox's internal reviews, external studies known to DEFENDANT Roblox, and

parent and police reports made to Roblox, it intentionally concealed those risks to not lose users and revenue, and to induce parents to allow their children to use its app.

191.    DEFENDANT Roblox negligently made numerous material representations in 2019 downplaying any potential harm associated with its app and reassuring the public, users, and parents, including Plaintiff's parents, that its app was safe, including but not limited to:

a.   We protect our players' safety by proactively filtering inappropriate content and acting against anyone who is in violation of our Rules of Conduct;

b.   All uploaded images, videos, and audio files are pre-reviewed by moderators before being allowed on the site;

c.   Our global moderation team is online around the clock addressing any incoming concerns as reported by players;

d.   Roblox offers parental controls that allow for a selection of chat options (no chat, chat with friends, chat with everyone), account age visibility (13+ or <13), an account PIN code feature, and an Account Restrictions setting that only allows children under 13 to access a curated list of age-appropriate games are offered;

e.   Roblox is dedicated to building a safe, family-friendly environment to help protect younger players from seeing inappropriate content online;

f.   We are dedicated to working together with parents and digital safety experts to promote a family-friendly environment that allows all people to imagine, create, and play online;

g.   We continually develop new and innovative technologies to ensure the Roblox platform remains a safe and fun space for players all over the world; and

h.   Roblox uses a combination of chat filters, both human and software moderation, to proactively remove inappropriate content from the platform.

192.    DEFENDANT Roblox's representations that its app was safe for use by children was not true.

193.     DEFENDANT Roblox had no reasonable grounds for believing its representations that its app was safe for use by children were true.

194.     By concealing and failing to disclose or failing to take reasonable care to disclose the defects, DEFENDANT Roblox negligently misled the public, users, and their parents, including Plaintiff's parents, into believing its app was safe for children.

195.     By making numerous material misrepresentations downplaying any potential harm associated with its app and reassuring the public, users, and their parents, including Plaintiff's parents, that its app was safe, DEFENDANT Roblox negligently misled the public, users, and their parents, including Plaintiff's father, into believing its app was safe for children to use.

196.     As a direct and proximate result of DEFENDANT Roblox's material omissions, misrepresentations, and concealment of material information, Plaintiff sustained serious injuries and harm.

197.     DEFENDANT Roblox's conduct, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of their customers, and warrants an award of punitive damages in an amount sufficient to punish them and deter others from like conduct.

198.     WHEREFORE, Plaintiff prays judgment against DEFENDANT Roblox for compensatory and punitive damages, together with interest, costs of suit, attorney's fees, and all such other relief as the Court deems proper.

### Third Cause of Action: Negligence – General

### (By Plaintiff Against Defendant Roblox)

199.     Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

200.     At all times material hereto, the **DEFENDANT** developed, set up, managed, maintained, operated, marketed, advertised, promoted, supervised, controlled, and benefited from its app used by Plaintiff.

201.    DEFENDANT owed Plaintiff a duty to exercise reasonable care in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its app and not to create an unreasonable risk of harm from and in the use of its app (including an unreasonable risk of grooming, sexual abuse, and sexual exploitation, and other associated physical or mental injuries); to protect Plaintiff from unreasonable risk of injury from and in the use of its app; and not to invite, encourage, or facilitate youth, such as Plaintiff, to foreseeably engage in dangerous or risky behavior through, on, or as a reasonably foreseeable result of using its app. These duties govern DEFENDANT'S own specific actions and are based on direct actions Defendant took in developing their apps and features.

202.    In addition, DEFENDANT owed a special relationship duty to Plaintiff to protect her against harm caused by its app and employees or by other users. This special relationship duty is based on the following:

a.    As businesses, DEFENDANT owes a duty to protect customers against reasonably foreseeable criminal acts of third parties and other dangers known to DEFENDANT on its apps;

b.    Plaintiff, as a minor, was vulnerable and dependent on DEFENDANT for a safe environment on its apps, and DEFENDANT has superior ability and control to provide that safety with respect to activities that they sponsor or control;

c.    Plaintiff relied upon DEFENDANT for protection against third-party misuse or misconduct;

d.    The special relationship Plaintiff had with DEFENDANT substantially benefits DEFENDANT through profits and growth in users and user activity. DEFENDANT could not successfully operate without the growth in users and user activity generated by children;

e.    DEFENDANT was far more to Plaintiff than a business. DEFENDANT provided Plaintiff with opportunities for social interaction and a discrete community of other users. Plaintiff was dependent on DEFENDANT to provide structure, guidance, and a safe environment;

f.   DEFENDANT has superior control over their app environments and the ability to protect its users. DEFENDANT imposes a variety of rules and restrictions to supposedly maintain a safe and orderly environment. DEFENDANT employs internal staff to enforce these rules and restrictions and can monitor and discipline users when necessary. DEFENDANT has the power to influence Plaintiff's values, consciousness, relationships, and behaviors; and

g.   DEFENDANT has voluntarily undertaken a responsibility to keep children safe on their apps. As alleged above, DEFENDANT has publicly stated that they take steps to keep children safe on their apps and therefore have undertaken a duty to act reasonably in taking such steps.

203.   Plaintiff was a foreseeable user of DEFENDANT's app.

204.   DEFENDANT knew that minors such as Plaintiff would use its app.

205.   DEFENDANT invited, solicited, encouraged, or reasonably should have foreseen the fact, extent, and manner of Plaintiff's use of its app.

206.   DEFENDANT knew or, by the exercise of reasonable care, should have known, that the reasonably foreseeable use of its app (as developed, set up, managed, maintained, supervised, and operated by that DEFENDANT) was dangerous, harmful, and injurious when used by youth such as Plaintiff in a reasonably foreseeable manner.

207.   At all relevant times, each DEFENDANT knew or, by the exercise of reasonable care, should have known, that ordinary child users of its app, such as Plaintiff, would not have realized the potential risks and dangers of using the app, including a risk of grooming, sexual abuse, and sexual exploitation, which foreseeably can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identify confusion, and profound mental health issues for young consumers including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects.

208.    DEFENDANT's conduct was closely connected to Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

209.    DEFENDANT could have avoided Plaintiff's injuries with minimal cost, including, for example, by not including certain features in its respective app which harmed Plaintiff.

210.    Imposing a duty on DEFENDANT would benefit the community at large.

211.    Imposing a duty on DEFENDANT would not be burdensome to them because they have the technological and financial means to avoid the risks of harm to Plaintiff.

212.    DEFENDANT owed a heightened duty of care to youth users of its app because children's brains are not fully developed, meaning young people are more neurologically vulnerable than adults to abusive contact facilitated by DEFENDANT's app because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

213.    DEFENDANT breached its duty of care owed to Plaintiff through its affirmative malfeasance, actions, business decisions, and policies in the development, set up, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on DEFENDANT's own actions in managing its own apps made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

      a.  Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of grooming, sexual abuse, and sexual exploitation to youth, including Plaintiff;

      b.  Including features in their apps that, as described above, are currently structured and operated in a manner that unreasonably creates or increases the foreseeable risk of harm to the physical and mental health and well-being of youth users, including Plaintiff, including, but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers,

58

including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, eating disorders, death, and other harmful effects;

    c.  Maintaining unreasonably dangerous features in their apps after notice that such features, as structured and operated, posed a foreseeable risk of harm to the physical and mental health and well-being of young users; and

    d.  Facilitating unsupervised and/or hidden use of their respective apps by youth, including by adopting protocols that allow youth users to change their safety settings or parental controls, and create multiple and private accounts.

214.    DEFENDANT breached its duties of care owed to Plaintiff through its nonfeasance, failure to act, and omissions in the development, setup, management, maintenance, operation, marketing, advertising, promotion, supervision, and control of its respective app. These breaches are based on DEFENDANT's own actions in managing their own app made available to the public, independent of any actions taken by a third party. Those breaches include but are not limited to:

    a.  Failing to implement effective parental controls;

    b.  Failing to implement effective parental notifications, such as when a child messages another user, particularly an adult user, or when a child interacts with accounts that have been blocked by other users or suspended in the past;

    c.  Failing to require adults users to provide a phone number when signing up for an account;

    d.  Failing to implement pop-up safety notices within chats and games to warn users about inappropriate behavior;

    e.  Failing to ban IP and MAC addresses of accounts associated with known abusers;

    f.  Failing to set default safety settings to the most protective options;

    g.  Having an open chat function;

    h.  Failing to provide a transcript of a child's communications to the parent;

i.   Failing to implement reasonably available means to monitor for, report, and prevent the use of their app by sexual predators to victimize, abuse and exploit youth users;

j.   Filing to provide effective mechanisms for youth users and their parents/guardians to report abuse or misuse of their apps;

k.   Failing to implement effective protocols to verify ages and identity of all users; and

l.   Others as set forth herein.

215.   A reasonable company under the same or similar circumstances as DEFENDANT would have developed, set up, managed, maintained, supervised, and operated its app in a manner that is safer for and more protective of youth users like Plaintiff.

216.   At all relevant times, Plaintiff used each DEFENDANT's app in the manner in which it was intended to be used.

217.   As a direct and proximate result of DEFENDANT's breach of one or more of its duties, Plaintiff was harmed. Such harms include the sexual and emotional exploitation of Plaintiff by a child predator and a cascade of resulting negative effects, including but not limited to damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues such as depression, anxiety and other harmful effects.

218.   DEFENDANT's breach of one or more of its duties was a substantial factor in causing harms and injuries to Plaintiff.

219.   The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent form using DEFENDANT's app.

220.   DEFENDANT's conduct, as described above, was intentional fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of their conduct, including to the health, safety, and welfare of their customers, and warrants an award of

punitive damages in an amount sufficient to punish the DEFENDANT and deter others from like conduct.

221.    WHEREFORE, Plaintiff prays for judgment against the **DEFENDANTS** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### **Fourth Cause of Action: Negligence – Failure to Warn**

### **(Plaintiff Against Defendant Roblox)**

222.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

223.    At all relevant times, DEFENDANT designed, developed, managed, operated, tested, produced labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefited from its app used by Plaintiff.

224.    Plaintiff was a foreseeable user of DEFENDANT's app.

225.    DEFENDANT knew, or by the exercise of reasonable care, should have known, that use of its app was dangerous, harmful, and injurious when used in a reasonably foreseeable manner by minors.

226.    DEFENDANT knew, or by the exercise of reasonable care, should have known, that ordinary minor users, such as Plaintiff, would not have realized the potential risks and dangers of its app, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death and other harmful effects.

227.    Had Plaintiff received proper or adequate warnings about the risks of DEFENDANT's app, Plaintiff would have heeded such warnings.

228.    DEFENDANT knew or, by the exercise of reasonable care, should have known that its app posed risks of harm to youth. These risks were known and knowable in light of DEFENDANT's own internal data and knowledge regarding their app at the time of development, design, marketing, promotion, advertising, and distribution to Plaintiff.

229.    Because DEFENDANT's conduct created the risk that child users of their app would be subject to grooming, sexual abuse, and sexual exploitation, DEFENDANT owed a duty to all reasonably foreseeable users, including but not limited to minor users and their parents, to provide adequate warning about the risk of using DEFENDANT's app that were known to DEFENDANT, or that DEFENDANT should have known through the exercise of reasonable care.

230.    In addition, as described above, DEFENDANT owed a special relationship duty to Plaintiff to protect her against harm caused by its app and employees or by other users.

231.    DEFENDANT owed a heightened duty of care to minor users and their parents to warn about its app's risks because children's brains are not fully developed, resulting in a diminished capacity to make responsible decisions regarding contact with strangers online. Children are also more neurologically vulnerable than adults to abusive contact facilitated by DEFENDANT's app because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

232.    DEFENDANT breached its duty by failing to use reasonable care in providing adequate warnings to Plaintiff, such as failing to notify parents and the general public of the following, among others:

      a.    Defendants fail to require that children have parental approval before signing up for an account;

      b.    New users of DEFENDANT's app can identify themselves as minors, begin to use the app, and do so indefinitely, without every receiving a safety warning, and without ever having to provide information so that DEFENDANT can warn the users' parents or guardians;

c.   DEFENDANT's app's default safety settings allow adults and other strangers' accounts to find, "friend", and communicate with children's accounts;

d.   DEFENDANT's parental control settings allowed children to modify their own parental control settings;

e.   DEFENDANT's platform recommends that adult users and other strangers "friend" and contract child accounts;

f.   DEFENDANT failed to block the IP and MAC addresses of known abusers;

g.   Adult predators use DEFENDANT's app to target children for sexual exploitation, sextortion, and CSAM;

h.   DEFENDANT's app enables and increases the risk of exposure to predators and can result in grooming, sexual abuse, and sexual exploitation, as well as their resultant physical and mental injuries.

i.   Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

j.   Usage of DEFENDANT's app can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

k.   Usage of DEFENDANT's app can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

l.   The likelihood and severity of harm is greater for children;

m.  The likelihood and intensity of these harmful effects is exacerbated by the interaction of the app's features with one another;

n.   DEFENDANT fails to verify ages, allowing adult predators to pose as children on its app; and

o.   Others as set forth herein.

233.    A reasonable company under the same or similar circumstances as DEFENDANT would have used reasonable care to provide adequate warnings to consumers, including the parents of minor users, as described herein.

234.    At all relevant times, DEFENDANT could have provided adequate warnings to prevent the harms and injuries described herein.

235.    As a direct and proximate result of DEFENDANT's breach of its duty to provide adequate warnings, Plaintiff was harmed and sustained the injuries set forth herein. DEFENDANT's failure to provide adequate and sufficient warnings was a substantial factor in causing the harms to Plaintiff.

236.    As a direct and proximate result of DEFENDANT's failure to warn, Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

237.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using DEFENDANT's app.

238.    The conduct of DEFENDANT, as described above, was intentional fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish each Defendant and deter others from like conduct.

239.    WHEREFORE, Plaintiff prays for judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### Fifth Cause of Action: Negligence – Unreasonable Design

### (By Plaintiff Against Defendant Roblox)

240.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here (excepting those pertaining exclusively to negligence).

241.    At all relevant times, DEFENDANT designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold, supplied, distributed, and benefited from its respective app used by Plaintiff.

242.    DEFENDANT knew or, by the exercise of reasonable care, should have known, that its app was dangerous, harmful, and injurious when used by youth in a reasonably foreseeable manner.

243.    DEFENDANT knew or, by the exercise of reasonable care, should have known that its respective app posed risks of harm to youth. These risks were known and knowable in light of DEFENDANT's own internal data and knowledge regarding their apps at the time of the apps' development, design, marketing, promotion, advertising, and distribution to Plaintiff.

244.    DEFENDANT knew, or by the exercise of reasonable care, should have known that ordinary minor consumers such as Plaintiff would not have realized the potential risks and dangers of its app. Those risks include grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

245.    DEFENDANT owed a duty to all reasonably foreseeable users to design a safe app.

246.    DEFENDANT owed a heightened duty of care to minor users of its app because children's brains are not fully developed, resulting in a diminished capacity to make responsible decisions regarding contact with strangers online. Children are also more neurologically vulnerable than adults to abusive contact facilitated by DEFENDANT's app because they have a hard time distinguishing between patterns of genuine friendship and grooming relationships.

247.    Plaintiff was a foreseeable user of DEFENDANT's app.

248.    DEFENDANT knew that minors such as Plaintiff would use its app.

249.    DEFENDANT breached its duty in designing its app.

250.    DEFENDANT breached its duty by failing to use reasonable care in the design of its app by negligently designing the app with features that specifically allow predators to find, groom, exploit, and abuse children, as described herein.

251.    DEFENDANT breached its duty by designing an app that was less safe to use than an ordinary consumer would expect when used in an intended and reasonably foreseeable manner.

252.    DEFENDANT breached its duty by failing to use reasonable care in the design of its app by negligently designing its app with features as described above that created or increased the risk of grooming, sexual abuse, and sexual exploitation for children, which can lead to a cascade of negative effects, including but not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identify confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

253.    DEFENDANT breached its respective duty by failing to use reasonable care to use cost-effective, reasonably feasible alternative designs, including changes to the harmful features, and other safety measures, to minimize the harms described herein, including but not limited to:

    a.  Requiring children have parental approval and a parent's email address to sign up for an account;

    b.  Effective parental controls;

    c.  Effective parental notifications, including notifying parents any time a child messages another user, particularly an adult user, or notifying parents when children interact with accounts that have been blocked by other users or suspended in the past, among other controls;

    d.  Setting default safety settings to the most protective options, including blocking direct messaging between child and adult users, or only allowing messaging between adult users and a child with parent's explicit permission to message the adult user;

e.   Requiring adults to provide a phone number when signing up for an account;

f.   Pop-up safety notices within chats and games to warn users about inappropriate behavior;

g.   Preventing strangers from sending Robux to child accounts, and preventing children from sending Robux to strangers' accounts

h.   Banning IP and MAC addresses of accounts associated with known abusers'

i.   Controlled chat option;

j.   Providing a transcript of a child's communication to the parent;

k.   Implementing reporting protocols to allow users or visitors of DEFENDANT's apps to report CSAM and adult predator accounts specifically without the need to create or log in to the apps prior to reporting;

l.   Robust age verification; and

m.  Others as set forth herein.

254.    Alternative designs that would reduce the dangerous features of DEFENDANT's respective apps were available, would have served effectively the same purpose as DEFENDANT's defectively designed apps, and would have reduced the gravity and severity of danger DEFENDANT's app posed minor Plaintiff.

255.    A reasonable company under the same or similar circumstances as DEFENDANT would have designed a safer app.

256.    At all relevant times, Plaintiff used DEFENDANT's app in the manner in which it was intended by each DEFENDANT to be used.

257.    As a direct and proximate result of DEFENDANT's breached duties, Plaintiff was harmed. DEFENDANT's design of its app was a substantial factor in causing Plaintiff's harms and injuries.

258.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using DEFENDANT's app.

259.    The conduct of DEFENDANT, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and

displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish DEFENDANT and deter others from like conduct.

260.    WHEREFORE, Plaintiff prays for judgement against each DEFENDANT for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## Sixth Cause of Action: Negligent Undertaking

### (By Plaintiff Against Defendant Roblox)

261.    Plaintiff realleges and incorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

262.    DEFENDANT rendered parental control services and account safety services to Plaintiff's parents.

263.    DEFENDANT knew, or reasonably should have known, that effective parental control and account safety services were necessary for the protection of minor users.

264.    DEFENDANT's conduct was closely connected to Plaintiff's injuries, which were highly certain to occur, as evidenced by the significance of Plaintiff's injuries.

265.    Each DEFENDANT could have avoided Plaintiff's injuries with minimal cost, including, for example, by implementing parental control and account safety services that were effective and that would prevent child users from being contacted by adult accounts or strangers' accounts generally.

266.    Imposing a duty on DEFENDANT would benefit the community at large.

267.    Imposing a duty on DEFENDANT would not be burdensome to them because they have the technological and financial means to avoid the risks of harm to children.

268.    DEFENDANT owed a heightened duty of care to minor users and their parents to implement parental control and account safety services that were effective and that would prevent child users form being contacted by adult accounts or strangers' accounts generally.

269.    Plaintiff's parents relied on DEFENDANT exercising reasonable care in undertaking to render parental control and account safety services.

270.    DEFENDANT breached its duty of undertaking by failing to use reasonable care in rendering its parental control and account safety services to prevent child users from being contacted by adult accounts or strangers'' accounts generally.

271.    Each DEFENDANT failed to exercise reasonable care in rendering these parental control and account safety services.

272.    DEFENDANT's failure to exercise reasonable care increased the risk of, and was a substantial factor in causing harm to Plaintiff.

273.    Plaintiff was harmed by her parents' reliance on DEFENDANT to provide effective parental control and account safety services.

274.    DEFENDANT's breach of one or more of its duties was a substantial factor in causing harms and injuries to Plaintiff.

275.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using DEFENDANT's app.

276.    The conduct of DEFENDANT, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish DEFENDANT and deter others from like conduct.

277.    WHEREFORE, Plaintiff prays judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

### **<u>Seventh Cause of Action – Strict Liability – Design Defect</u>**

### **(By Plaintiff Against Defendant Roblox)**

278.    Plaintiff realleges and incorporate by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

279.    At all relevant times, DEFENDANT designed, developed, managed, operated, tested, produced, labeled marketed, advertised, controlled, sold, supplied, distributed, and benefitted from its product used by Plaintiff.

280.    These products were designed, manufactured, maintained, controlled, and distributed from the California headquarters of DEFENDANT.

281.    DEFENDANT's product was designed and intended to be a gaming and/or communication product. The software and architecture of the product is the same for every user that logs on or signs up for an account. This product is uniformly defective and poses the same danger to each minor user.

282.    DEFANDANT's product is distributed and sold to the public through retail channels (e.g. the Apple App "Store" and the Google Play "Store).

283.    DEFANDANT's product is marketed and advertised to the public for the personal use of the end-user/consumer.

284.    DEFENDANT defectively designed its product to allow children to come into contact with child predators. Children are particularly unable to appreciate the risks posed by the products.

285.    The defects in the design of DEFANDANT's product existed prior to the release of these products to Plaintiff and the public, and there was no substantial change to DEFENDANT's products between the time of their upload by DEFENDANT to public or retail channels (e.g., the App Store or Google Play) and the time of their distribution to Plaintiff via download or URL access.

286.    Plaintiff used these products as intended, and DEFENDANT knew, or by the exercise of reasonable care, should have known that Plaintiff would use these products without inspection for its dangerous nature.

287.    DEFENDANT defectively designed its product to appeal to adult predators by making it easy to find children and enabled their contact, grooming, sexual exploitation, and sexual abuse of children, including Plaintiff.

288.    DEFENDANT failed to test the safety of the features it developed and implemented for use on its product. When DEFENDANT did perform some product testing and had knowledge of ongoing harm, it failed to adequately remedy its product's defects or warn Plaintiff.

289.    DEFENDANT's product is defective in design and poses a substantial likelihood of harm for the reasons set forth herein, because the product fails to meet the safety expectations of ordinary consumers when used in an intended or reasonably foreseeable manner, and because the products are less safe than an ordinary consumer would expect when used in such a manner. Children and teenagers are among the ordinary consumers of DEFENDANT's products. Indeed, DEFENDANT markets, promotes, and advertises its product to pre-teen and young consumers. Pre-teen and young consumers and their parents and guardians, do not expect DEFENDANT's product to expose them to predators when the products are used in their intended manner by their intended audience. They do not expect the features embedded by DEFENDANT in its product to make it easy for child predators to sign-up for accounts and find children, groom children, and sexually exploit children. They do not expect DEFENDANT's revenue and profits to be directly tied to predators' extortion of children.

290.    DEFENDANT's product is likewise defective designed in that it creates an inherent risk of danger; specifically, a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduce academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and profound mental health issues for young consumers, including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death and other harmful effects.

291.    The risks inherent in the design of DEFENDANT's product significantly outweigh any benefits of such design.

292.    DEFENDANT could have utilized cost-effective, reasonably feasible alternative designs, including changes to the problematic features described above, to minimize the harms described herein, including, but not limited to:

     a.   Requiring children have parental approval and a parent's email address to sign up for an account;

     b.   Effective parental controls;

     c.   Effective parental notifications, including notifying parents any time a child messages another user, particularly an adult user, or notifying parents when children interact with accounts that have been blocked by other users or suspended in the past, among other controls;

     d.   Setting default safety settings to the most protective options, including blocking direct messaging between child and adult users, or only allowing messaging between adult users and a child with the parent's explicit permission to message the adult user;

     e.   Requiring adults to provide a phone number when signing up for an account;

     f.   Pop-up safety notices within chats and games to warn users about inappropriate behavior;

     g.   Preventing strangers from sending Robux to child accounts, and preventing children from sending Robux to strangers' accounts;

     h.   Banning IP and MAC addresses of accounts associated with known abusers;

     i.   Controlled chat option;

     j.   Providing a transcript of a child's communications to the parent;

     k.   Implementing reporting protocols to allow users or visitors of DEFENDANT's product to report child sex abuse material and adult predator accounts specifically without the need to create or log in to the products prior to reporting;

     l.   Robust age and identify verification; and

     m.  Others as set forth herein.

293.    Alternative designs were available that would prevent child predators from finding, grooming, and exploiting children, and which would have served effectively the same purpose of

DEFENDANT's product while reducing the gravity and severity of danger posed by those product's defects.

294.   Plaintiff used DEFENDANT's product as intended or in reasonably foreseeable ways.

295.   The physical, emotional, and economic injuries of Plaintiff were reasonably foreseeable to DEFENDANT at the time of its product's development, design, advertising, marketing, promotion and distribution.

296.   DEFENDANT's product was defective and unreasonably dangerous when it left DEFENDANT's possession and control. The defects continued to exist through the product's distribution to and use by consumes, including Plaintiff, who used the product without any substantial change in the product's condition.

297.   As a manufacturer, designer, and seller, DEFENDANT had a duty to inform themselves with the best knowledge of the risks and the defects of its product and DEFENDANT had such knowledge. Their victims, including Plaintiff, were powerless to protect themselves against unknown harms, and DEFENDANT should bear the cost of their injuries.

298.   Plaintiff was injured as a direct and proximate result of DEFENDANT's respective defective designs as described herein. The defective design of the product used by Plaintiff was a substantial factor in causing harms to Plaintiff.

299.   As a direct and proximate result of DEFENDANT's product's defective design, Plaintiff suffered serious and dangerous injuries.

300.   As a direct and proximate result of DEFENDANT's product's defective design, Plaintiff requires and/or will require more healthcare and services and did incur medical, health, incidental, and related expenses.

301.   The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using DEFENDANT's products.

302.   The conduct of DEFENDANT, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and

displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish DEFENDANT and deter others from like conduct.

303.    WHEREFORE, Plaintiff prays judgment against the **DEFENDANT** for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## Eighth Cause of Action – Strict Liability – Failure to Warn

### (By Plaintiff Against Defendant Roblox)

304.    Plaintiff realleges and reincorporates by reference all of the foregoing allegations of every paragraph of this Complaint as if repeated in full here.

305.    At all relevant times, DEFENDANT designed, developed, managed, operated, tested, produced, labeled, marketed, advertised, promoted, controlled, sold supplied, distributed, and benefitted from its produced used by Plaintiff.

306.    This product was designed, manufactured, maintained, controlled and distributed from the California headquarters of DEFENDANT.

307.    DEFENDANT's product was designed and intended to be a gaming and/or communication product. The software and architecture of each product is the same for every user that logs on or signs up for an account. The product is uniformly effective and poses the same danger to each minor user.

308.    DEFENDANT's product is distributed and sold to the public through retail channels (e.g., the Apple App "Store" and Google Play "Store").

309.    DEFENDANT sold and distributed its product to Plaintiff in a defective and unreasonably dangerous condition by failing to adequately warn about the risk of harm to youth as described herein, including a risk of grooming, sexual abuse, and sexual exploitation, which can lead to a cascade of harms. Those harms include but are not limited to physical injury, damage to self-worth, stigma and social isolation, reduced academic performance, increased risky behavior, susceptibility to future sexual exploitation, attachment issues, identity confusion, and

profound mental health issues for young consumers including but not limited to depression, anxiety, suicidal ideation, self-harm, post-traumatic stress disorder, insomnia, death, and other harmful effects.

310.    DEFENDANT was in the best position to know the dangers its products posed to consumers, including Plaintiff, as it had superior knowledge of the risks and dangers posed by its products and had exclusive knowledge of these risks at the time of development, design, marketing, promotion, advertising, and distribution. DEFENDANT had exclusive control of its products at all times relevant to this litigation.

311.    DEFENDANT's product is dangerous, to an extent beyond that contemplated by the ordinary user who used DEFENDANT's product, because they enable predators to find, groom, abuse, and exploit children.

312.    DEFENDANT knew or, by the exercise of reasonable care, should have known that its product posed risks of harm to youth considering its own internal data and knowledge regarding its product at the time of development, design, marketing, promotion, advertising, and distribution.

313.    These risk were known and knowable in light of DEFENDANT's own internal data and knowledge regarding its product at the time of the product's development, design, marketing, promotion, advertising, and distribution to Plaintiff.

314.    DEFENDANT's product is defective and unreasonably dangerous because, among other reasons described herein, DEFENDANT failed to exercise reasonable care to inform users that, among other things:

> a.    Sexual predators use DEFENDANT's product to find, contact, groom, and abuse children with alarming frequency;
>
> b.    Sexual predators use DEFENDANT's product to solicit, produce, and distribute CSAM with alarming frequency;
>
> c.    Sexual predators target young children for CSAM on DEFENDANT's product with alarming frequency;

d.   Sexual predators use Robux to coerce children into sending them nude photos or engaging in other types of sexually explicit behavior;

e.   DEFENDANT's product is designed in a way that enables and increases risk of exposure to predators and resulting sexual exploitation;

f.   DEFENDANT's product causes grooming, sexual abuse, and sexual exploitation, and its resultant physical and mental injuries;

g.   Use of DEFENDANT's products can increase risky and uninhibited behavior in children, making them easier targets to adult predators for sexual exploitation, sextortion, and CSAM;

h.   Use of DEFENDANT's product can normalize abuse and pornography, leading children to abuse other children either contemporaneously or later when the children are older;

i.   New users of DEFENDANT's product can identify themselves as minors, begin to use the product, and do so indefinitely, without ever receiving a safety warning, and without ever having to provide information so that DEFENDANT can warn the users' parents or guardians;

j.   The likelihood and severity of harms is greater for children;

k.   The likelihood and intensity of these harmful effects is exacerbated by the interaction of the product's features;

l.   Others as set forth herein.

315.   Plaintiff was a foreseeable user of DEFENDANT's product.

316.   Ordinary minor users would not have recognized the potential risks of DEFENDANT's products when used in a manner reasonably foreseeable to DEFENDANT.

317.   Had Plaintiff received proper or adequate warnings or instructions as to the risks of using DEFENDANT's product, Plaintiff would have heeded the warnings and/or followed the instructions.

318.    DEFENDANT's failures to adequately warn Plaintiff about the risks of using its defective product was a proximate cause and a substantial factor in the injuries sustained by Plaintiff.

319.    The nature of the fraudulent and unlawful acts that created safety concerns for Plaintiff are not the type of risks that are immediately apparent from using DEFENDANT's products.

320.    The conduct of DEFENDANT, as described above, was intentional, fraudulent, willful, wanton, reckless, malicious, fraudulent, oppressive, extreme, and outrageous, and displayed an entire want of care and a conscious and depraved indifference to the consequences of its conduct, including to the health, safety, and welfare of its customers, and warrants an award of punitive damages in an amount sufficient to punish DEFENDANT and deter others from like conduct.

321.    WHEREFORE, Plaintiff prays for judgment against the DEFENDANT for compensatory and punitive damages, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper.

## **DEMAND FOR JURY TRIAL**

322.    Plaintiff hereby demands a trial by jury as to all of their claims so triable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgement against DEFENDANTS for the above-referenced claims and causes of action, and as follows:

1.    Past, present, and future general damages, the exact amount of which has yet to be ascertained, in an amount which will confirm to proof at time of trial, to compensate Plaintiff for injuries sustained as a result of the use of DEFENDANTS's product, including but not limited to physical pain and suffering, mental anguish, loss of enjoyment of life, emotional distress, and expenses for medical treatments;

2.    Past, present, and future economic and special damages, according to proof at the time of trial;

3.    Medical expenses, past and future, according to proof at the time of trial;

4.      Punitive or exemplary damages according to proof at the time of trial;

5.      Attorneys' fees;

6.      For costs of suit incurred herein;

7.      Pre-judgement and post-judgement interest as provided by law;

8.      For non-monetary injunctive relief; and

9.      For such other and further relief, whether at law or in equity, to which this Court deems just and proper.

Date: November 12, 2025                                    Respectfully submitted,

                                                           **HILLIARD LAW**

                                                           By: /s/ *Christopher Pinedo*
                                                           **Christopher Pinedo (SBN 237245)**
                                                           HILLIARD LAW
                                                           719 S. Shoreline Blvd.
                                                           Corpus Christi, TX 78401
                                                           Telephone: (361) 882-1612
                                                           Facsimile: (361) 882-3015
                                                           Email: cpinedo@hilliard-law.com

                                                           /s/ *Robert C. Hilliard*
                                                           Robert C. Hilliard*
                                                           bobh@hilliard-law.com
                                                           Bonnie Rickert*
                                                           brickert@hilliard-law.com
                                                           Benjamin R. O'Connor*
                                                           boconnor@hilliard-law.com
                                                           Jakub Banaszak*
                                                           jbanaszak@hilliard-law.com
                                                           HILLIARD LAW
                                                           719 S. Shoreline Blvd.
                                                           Corpus Christi, TX 78401
                                                           Telephone: (361) 882-1612
                                                           Facsimile: (361) 882-3015

                                                           *Attorneys for Plaintiff,*
                                                           *JANE DOE M.B., as Parent and*
                                                           *Guardian and on behalf of minor*
                                                           *plaintiff, JANE DOE J.L.*

                                                           *\*Pro Hac Vice* motions forthcoming