Christopher Pinedo (SBN 237245)
Robert C. Hillard (*pro hac vice* forthcoming)
Bonnie Rickert (*pro hac vice* forthcoming)
Benjamin R. O'Connor (*pro hac vice* forthcoming)
Jakub Banaszak (*pro hac vice* forthcoming)
**HILLIARD LAW**
719 S. Shoreline Blvd.
Corpus Christi, TX 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
cpinedo@hilliard-law.com
bobh@hilliard-law.com
brickert@hilliard-law.com
boconnor@hilliard-law.com
jbanaszak@hilliard-law.com

*Attorneys for Plaintiff,*
*JANE DOE M.B., as Parent and Guardian*
*and on behalf of minor plaintiff, JANE DOE J.L.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE M.B., as Parent and Guardian and on behalf of minor plaintiff, JANE DOE J.L.,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION; and the FIRST DOE through ONE HUNDREDTH DOE, inclusive,<br><br>Defendants. | Case No: 3:25-cv-09745<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS** |

IT IS HEREBY ORDERED that:

1. Plaintiffs JANE DOE M.B. and JANE DOE J.L. may proceed in this action under pseudonyms.
2. All public filings shall refer to Plaintiffs only by their designated pseudonyms.
3. The parties shall file any unredacted documents containing Plaintiffs' true names under seal, in compliance with Civil Local Rule 79-5 and any applicable standing orders.
4. This Order does not preclude the Court from revisiting the use of pseudonyms at a later stage of the proceedings if circumstances change.

IT IS SO ORDERED.

Dated: _____

                                 Hon.
                                 United States District Judge

[Proposed] Order Granting Plaintiffs' Motion to Proceed Under Pseudonyms